1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   STEPHANIE A. SHERIDAN (Bar No. 135910)
2  MICHAEL N. WESTHEIMER (Bar No. 178938)
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5  Email: stephanie.sheridan@sdma.com
          michael.westheimer@sdma.com
6
   Attorneys for Defendant
7  TUMI, INC.

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12

| | |
|---|---|
| 13  VICTOR GAMALY, individually and on behalf of himself and all others similarly 14  situated,<br>15       Plaintiff,<br>16  v.<br>17  TUMI INC.; DOES 1 THROUGH 10,<br>18       Defendant. | CASE NO. C07-04758 JF<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>Judge:  Hon. Jeremy Fogel<br>Ctrm:   3, 5th Floor |

19

20   Pursuant to Northern District Civil Local Rule 6-1(a), Plaintiff Victor Gamaly and

21 Defendant Tumi, Inc. by and through their attorneys, hereby stipulate and agree to a 30-day

22 extension of time for Defendant to file a response to Plaintiff's complaint, and that Defendant's

23 response will be filed on or before November 14, 2007.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1  There have been no prior extensions of time in this action.

2  IT IS SO AGREED AND STIPULATED.

3  DATE: October 18, 2007          GORE LAW FIRM

5
   By:  /s/  as authorized on 10/17/07
6       Pierce Gore
        Attorneys for Plaintiff
7       VICTOR GAMALY

9  DATE: October 18, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP

11
    By:  /s/
12       Michael N. Westheimer
         Attorneys for Defendant
13       TUMI, INC.