SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEPHANIE SHERIDAN Bar No. 135910
MICHAEL N. WESTHEIMER Bar No. 178938
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: stephanie.sheridan@sdma.com
michael.westheimer@sdma.com

Attorneys for Defendant
TUMI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR GAMALY, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TUMI INC., DOES 1 THROUGH 10,<br><br>Defendant. | CASE NO. C07-04758 JF<br><br>**DEFENDANT TUMI, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS**<br><br>Date: January 4, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Jeremy Fogel<br>Ctrm: 3, 5th Floor |

TO THE HONORABLE JEREMY FOGEL, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Tumi, Inc. ("Defendant" or "Tumi") will and hereby does request, pursuant to Federal Rule of Evidence 201, that the Court take judicial notice of the attached court records and Congressional Bill relevant to the instant case.

The Court may take judicial notice of facts that are "not subject to reasonable dispute" and are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Court records such as pleadings in other cases are properly subject to judicial notice. Schweitzer v. Scott, 469 F.Supp. 1017, 1020 (C.D. Cal 1979). Legislative history and public records are also the proper subject of a request for judicial notice. Chaker v. Crogan, 428 F.3d 1215, 1223, n.8 (9th Cir. 2005).

For each of these reasons, Defendant respectfully requests that the Court take judicial notice of Request Nos. 1 and 2 below, and Exhibits A and B hereto.

1. Excerpts (the first two pages) of a selection of other FACTA class action complaints all similarly seeking class-wide statutory penalties under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681n for alleged violation of FACTA, attached as Exhibit A hereto. Although there are an estimated 250 FACTA cases, pending across the country, excerpts from 76 other California FACTA lawsuits are attached hereto and titled as follows:

1. Arcilla v. Adidas Promotional Retail Operations, Inc., (C.D. Cal., CV07-0211).
2. Bateman v. Am. Multi-Cinema, Inc., (C.D. Cal., CV07-00171)
3. Wilson v. Anna's Linens, Inc., (C.D. Cal., CV07-00045)
4. Dister v. Applebee's International, Inc., (N.D. Cal., CV07-01377)
5. Najarian v. Avis Rent a Car System, LLC, (C.D. Cal., CV07-0588)
6. Parseghian v. Bally North Am., Inc., (C.D. Cal., CV07-00347)
7. Soualian v. Barneys New York, Inc., (C.D. Cal., CV07-0558)
8. Libman v. Bebe Stores, Inc., (C.D. Cal., CV07-0972)
9. Yalenkatian v. Bebe Stores, Inc., (C.D. Cal., CV07-0255)
10. Grogan v. Benihana Encino, (C.D. Cal., CV07-00975)
11. Altomare v. Blockbuster, Inc., (C.D. Cal., CV06-8211)
12. Hile v. The Body Shop Int'l PLC, (N.D. Cal., CV07-00791)
13. Spikings v. Bristol Farms, (C.D. Cal., CV06-8205)
14. Abiva v. Cache, Inc., (C.D. Cal., CV07-00556)
15. Aeschbacher v. California Pizza Kitchens, Inc., (C.D. Cal., CV07-00215)
16. Khorovsky v. California Pizza Kitchens, Inc., (C.D. Cal., CV07-0957)
17. Blanco v. CEC Entm't Concepts, L.P., (C.D. Cal., CV07-0559)
18. Price v. CEC Entm't, Inc., (C.D. Cal., CV07-00923)

SEDGWICK DETERT, MORAN & ARNOLD LLP

SF/1463121v1 -2- CASE NO. C07-04758 JF

DEFENDANT TUMI, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS

19. Vigdorchik v. Century Theatres, Inc., (N.D. Cal., CV07-0736)

20. Khachomian v. Chanel, Inc., (C.D. Cal., CV07-0586)

21. Najarian v. Charlotte Russe, Inc., (C.D. Cal., CV07-0501)

22. Saunders v. Claim Jumper Enter., Inc., (C.D. Cal., CV07-0168)

23. Saunders v. Corner Bakery Café, (C.D. Cal., CV07-00998)

24. Spikings v. Cost Plus, Inc., (C.D. Cal., CV06-8125)

25. Grogan v. Daphne's Greek Café, (C.D. Cal., CV07-0959)

26. Bateman v. Discovery Communications, Inc., (C.D. Cal., CV07-00147)

27. Vartanian v. Estyle, Inc., (C.D. Cal., CV07-0307)

28. Hile v. Frederick's of Hollywood Stores, Inc., (N.D. Cal. CV07-0715)

29. Saunders v. Fuddrucker's Inc., (C.D. Cal., CV07-0953)

30. Lopez v. Gaucho Grill Corporation, (C.D. Cal., CV07- 00306)

31. Lopez v. The Gymboree Corp., (N.D. Cal., CV07-0087)

32. Mitchell v. The Gymboree Corp., (N.D. Cal., CV07-0739)

33. Farkash v. Harry and David, (C.D. Cal., CV07-00309)

34. Pirian v. In-N-Out Burgers, (C.D. Cal., CV06-1251)

35. Kesler v. IKEA U.S., Inc., (N.D. Cal., CV07-0714)

36. Soualian v. Int'l Coffee and Tea, LLC, (C.D. Cal., CV07-00502)

37. Plath v. Jamba Juice Co., (C.D. Cal., CV06-8180)

38. Saunders v. The Johnny Rockets Group, Inc., (C.D. Cal., CV07-0172)

39. Price v. K.B. Toys Retail, Inc., (C.D. Cal., CV07-00921)

40. Alvarado, Jr. v. Levi Strauss & Co., (C.D. Cal., CV07-1133)

41. McGee v. Levy Restaurants, (C.D. Cal., CV06-7762)

42. Kotozsky v. Longs Drug Stores Corp., (N.D. Cal., CV07-0713)

43. Saunders v. Louise's Tratorria, (C.D. Cal., CV07-1060)

44. Azoiani v. Love's Travel Stops & Country Stores, Inc., (C.D. Cal., CV07-0090)

45. Kelly v. LRW Investment Co., (C.D. Cal., CV06-8208)

46. Price v. Lucky Strike Entm't, Inc., (C.D. Cal., CV07-00960)

47. Saunders v. Mann Theatres, (C.D. Cal., CV07-01021)

48. Hall v. Marie Callender's Restaurant, (C.D. Cal., CV07-00956)

49. Saunders v. Marmalade LLC, (C.D. Cal., CV07-00970)

50. Hile v. Max Rave, LLC, (N.D. Cal., CV07-0738)

51. Negri v. MCS Burbank LLC, (C.D. Cal., CV07-00212)

52. Price v. Pacific Theaters, (C.D. Cal., CV07-00920)

53. Kelly v. PRG Parking Mgmt., *LLC*, (C.D. Cal., CV07-1134)

54. Hall v. Red Robin Burgers and Spirits Emporiums, (C.D. Cal., CV07-00978)

55. Bateman v. Regal Cinemas, Inc., (C.D. Cal., CV07-0052)

56. Armstrong v. Rite Aid Corp., (C.D. Cal., CV06-07716)

57. Shulman v. Rite Aid Hdqtrs. Corp., (C.D. Cal., CV06-7747)

58. Hile v. Ritz Camera Centers Inc., (N.D. Cal., CV07-0716)

59. McGee v. Ross Stores, Inc., (N.D. Cal., CV06-7496)

60. Wilson v. Ross Stores, Inc., (C.D. Cal., CV06-8156)

61. Saunders v. Roy's Family of Restaurants, Inc., (C.D. Cal., CV07-0164)

62. Bagumyan v. Shoe Pavilion, Inc., (C.D. Cal., CV07-00522)

63. Price v. Shoe Pavilion, Inc., (C.D. Cal., CV07-00968)

64. Miller v. Smart & Final Inc., (C.D. Cal., CV06-8155)

65. Clark v. Stein Mart, Inc., (C.D. Cal., CV07-00197)

66. Saunders v. T.G.I. Friday's, Inc., (C.D. Cal., CV07-0969)

67. Bersekian v. TJ Maxx of CA, LLC, (C.D. Cal., CV07-0503)

68. Hall v. Tony Roma's Arcadia, (C.D. Cal., CV07-01094)

69. Hall v. Top Robin Ventures, Inc., (C.D. Cal., CV07-03336)

70. Edwards v. Toys 'R' Us – Deleware, Inc., (C.D. Cal., CV06-08163)

71. Miller v. Toys 'R' Us – Deleware, Inc., (C.D. Cal., CV06-08181)

72. Tilzer v. Urban Outfitters, Inc., (C.D. Cal., CV07-00106)

73. Khorovsky v. The Vitamin Shoppe, (C.D. Cal., CV07-0997)

74. Torossian v. Vitamin Shoppe Indus., Inc., (C.D. Cal., CV07-00523)

75. Price v. The Wet Seal, Inc., (C.D. Cal., CV07-00922)

76. Bateman v. WF Cinema Holdings, L.P., (C.D. Cal., CV07-00213)

2. A true and correct copy of The Credit and Debit Card Receipt Clarification Act of 2007, H.R. 4008, 110th Cong. (2007), is attached as Exhibit B hereto.

DATED: November 19, 2007 SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/
Stephanie Sheridan
Michael N. Westheimer
Attorneys for Defendant
TUMI, INC.

SEDGWICK DETERT, MORAN & ARNOLD LLP

SF/1463121v1 -5- CASE NO. C07-04758 JF

DEFENDANT TUMI, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS

# EXHIBIT A

Ira Spiro
SBN 67641, ira@spiromoss.com
J. Mark Moore
SBN 180473, mark@spiromoss.com
Spiro Moss Barness LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiff Eugelio Arcilla, individually and on behalf of all others similarly situated

FILED
2007 JAN -8 PM 3:51
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EUGELIO ARCILLA, individually and on behalf of all others similarly situated,

Plaintiff

v.

ADIDAS PROMOTIONAL RETAIL OPERATIONS, INC. and DOES 1-10,

Defendants.

CASE NO. CV 07-00122 GAF (SHx)

**COMPLAINT**

[CLASS ACTION]

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

Eugelio Arcilla ("Plaintiff"), individually and on behalf of all others similarly situated, alleges as follows.

//

//

//

//

//

1/8

## I. INTRODUCTION

1. This is an action pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq.* Plaintiff Eugelio Arcilla ("Plaintiff"), on behalf of himself and all others similarly situated, brings this action against Adidas Promotional Retail Operations, Inc. and Does 1-10 (collectively "Defendants" or "ADIDAS") based on Defendants' practice of violating 15 U.S.C. §1681c(g), a provision of the Fair and Accurate Credit Transactions Act ("FACTA") which was enacted by Congress in 2003 to aid in the prevention of identity theft and credit/debit card fraud. Specifically, Section 1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction." (Emphasis added.) As used herein, the phrase "Prohibited Information" refers to the information which 15 U.S.C. § 1681c(g) prohibits from being printed on receipts - i.e., more than the last five digits of the credit card or debit card number or the expiration date of the card. Despite having had several years to bring themselves into compliance with the law, Defendants have willfully violated Section 1681c(g) repeatedly by printing Prohibited Information on credit card or debit card receipts issued to thousands of consumers. Based on these violations, Defendants are liable to Plaintiff and the proposed class of other similarly situated consumers under 15 U.S.C. § 1681n.

## II. THE PARTIES, JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. §1681p and 28 U.S.C. §1331. Venue is proper within this district and division pursuant to 28 U.S.C. §1391(b) because a substantial part of the events and omissions giving rise to the claims occurred in this district, and because there is personal jurisdiction in this district over the sole named defendant.

3. Plaintiff is a resident of the State of California and the County of Los

Ira Spiro SBN 67641
ira@spiromoss.com
Gregory N. Karasik SBN 115834
greg@spiromoss.com
Spiro Moss Barness LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiff
MICHAEL BATEMAN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MICHAEL BATEMAN, individually and on behalf of all others similarly situated,

Plaintiffs

v.

AMERICAN MULTI-CINEMA, INC.; and DOES 1-10,

Defendants.

CASE NO. CV 07-00171

CLASS ACTION

**CLASS ACTION COMPLAINT FOR VIOLATION OF FAIR AND ACCURATE CREDIT TRANSACTIONS ACT**

[15 U.S.C. § 1681c(g)]

**DEMAND FOR JURY TRIAL**

Michael Bateman ("Plaintiff"), individually and on behalf of all others similarly situated, alleges as follows:

## I. INTRODUCTION

1. This is a class action for violation of the Fair and Accurate Credit Transactions Act ("FACTA"), which added 15 U.S.C. §1681c(g) to the Fair Reporting and Credit Act ("FRCA"). On behalf of himself and all others similarly situated, plaintiff Michael Bateman ("Plaintiff") brings this class action against

defendants American Multi-Cinema, Inc. and Does 1-10 (collectively "Defendants") based on Defendants' practice of violating 15 U.S.C. §1681c(g). FACTA was enacted by Congress in 2003 to aid in the prevention of identity theft and credit/debit card fraud. Section 1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction." As used herein, the phrase "Prohibited Information" refers to the information which 15 U.S.C. § 1681c(g) prohibits from being printed on receipts - i.e., more than the last five digits of the credit card or debit card number or the expiration date. Despite having had several years to bring themselves into compliance with the law, Defendants have willfully violated Section 1681c(g) repeatedly by printing Prohibited Information on credit card or debit card receipts issued to thousands of consumers. Based on these violations, Defendants are liable to Plaintiff and the proposed class of other similarly situated consumers under 15 U.S.C. § 1681n.

## II. THE PARTIES, JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1681p and 28 U.S.C. § 1331. Venue is proper within this district pursuant to 28 U.S.C. § 1391(b) because all named Defendants reside in this district and a substantial part of the events or omissions giving rise to the claim occurred in this district.

3. Plaintiff is a resident of the State of California and the County of Los Angeles, and is a "consumer" as defined by 15 U.S.C. § 1681a(c). Pursuant to the Federal Rules of Civil Procedure, Plaintiff seeks to represent a nationwide class of consumers, each who likewise constitutes a "consumer" under § 1681a(c).

4. Defendant American Multi-Cinemas, Inc. is a Missouri corporation which maintains its corporate headquarters in Kansas City, Missouri. Plaintiff is unaware of the true names of defendants Does 1 through 10. Said defendants are sued by said fictitious names, and the pleadings will be amended as necessary to

Douglas A. Linde, State Bar No. 217584 (dal@lindelaw.net)
Chant Yedalian, State Bar No. 222325 (cy@lindelaw.net)
Erica L. Allen, State Bar No. 234922
THE LINDE LAW FIRM
9000 Sunset Blvd., Suite 1025
Los Angeles, CA 90069
(310) 203-9333
(310) 203-9233 FAX

Attorneys for Plaintiff
Tracy L. Wilson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TRACY L. WILSON, on behalf of herself and all others similarly situated,

Plaintiff,

v.

ANNA'S LINENS, INC.; and DOES 1 through 10, inclusive,

Defendants.

CASE NO.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
**CLASS ACTION**

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

Plaintiff, by her attorneys, brings this action on her own behalf and on behalf of all others similarly situated, and alleges the following upon personal knowledge, or where there is not personal knowledge, upon information and belief:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed, the Fair and Accurate Transactions Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

"This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. §1681c(g) of the Fair Credit Reporting Act), provides that:

"**No person** that accepts credit cards or debit cards for the transaction of business **shall print more than the last 5 digits of the card number or the expiration date upon any receipt provided to the cardholder** at the point of the sale or transaction."

3. The law gave merchants who accept credit and/or debit cards up to three years to comply with its requirements, requiring full compliance with its provisions no later than December 4, 2006. Although defendant ANNA'S LINENS, INC. and the other Defendants named herein had up to three years to comply, Defendants have willfully violated this law and failed to protect Plaintiff and others similarly situated against identity theft and credit and debit card fraud by continuing to print more than the last five digits of the card number and or the expiration date on receipts provided to debit card and credit card cardholders transacting business with Defendants.



Eric A. Grover, Esq. (CSB# 136080)
Jade Butman, Esq. (CSB# 235920)
Elizabeth A. Acevedo, Esq (CSB# 227347)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel. (415) 543-1305

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500

Scott A. Miller (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.PC.**
16133 Ventura Blvd. Suite 1200
Encino, California 91436
Tel. (818) 788-8081

Steven L. Miller (CSB# 106023)
**STEVEN L. MILLER, A PROFESSIONAL LAW CORPORATION**
16133 Ventura Blvd. Suite 1200
Encino, California 91436
Tel. (818) 986-8900

Scot Bernstein (CSB# 94915 )
**LAW OFFICES OF SCOT BERNSTEIN**
10510 Superfortress Avenue, Suite C
Mather Field, California 95655
Tel. (916) 447-0100

E-Filing

SBA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT DISTER, on behalf of himself and all others similarly situated, | Case No.: C 07 1377 |
| Plaintiff, | CLASS ACTION |
| v. | COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF |
| APPLEBEE'S INTERNATIONAL, INC. and APPLE-BAY EAST, INC. | [15 U.S.C. §§ 1681 et seq.] |
| Defendants. | **DEMAND FOR JURY TRIAL** |

Comes now Plaintiff Robert Dister ("Plaintiff") on behalf of himself and all others similarly situated and alleges as follows:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed, the Fair and Accurate Credit Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681c(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements, requiring full compliance with its provisions no later than December 4, 2006. Although Defendants APPLEBEE'S INTERNATIONAL, INC. and APPLE-BAY EAST, INC. (hereinafter "Defendants") had up to three years to comply, Defendants have willfully violated this law and failed to protect Plaintiff and others similarly situated against identity theft and credit card and debit card fraud by continuing to print more

Ira Spiro
SBN 67641, ira@spiromoss.com
J. Mark Moore
SBN 180473, mark@spiromoss.com
Spiro Moss Barness LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiff Fredrick Najarian, individually and on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FREDRICK NAJARIAN, individually and on behalf of all others similarly situated,

Plaintiff

v.

AVIS RENT A CAR SYSTEM, LLC, AVIS RENT A CAR SYSTEM, INC., AVIS BUDGET GROUP, INC. and DOES 1-10,

Defendants.

CV 07 0588 RGK(Ex)

CASE NO.

**COMPLAINT**

CLASS ACTION

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

Fredrick Najarian ("Plaintiff"), individually and on behalf of all others similarly situated, alleges as follows.

//

//

//

//

## I. INTRODUCTION

1. This is an action pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq.* Plaintiff Fredrick Najarian ("Plaintiff"), individually and on behalf of all others similarly situated, brings this action against Avis Rent A Car System, LLC, Avis Rent A Car System, Inc., Avis Budget Group, Inc. and Does 1-10 (collectively "Defendants" or "AVIS") based on Defendants' practice of violating 15 U.S.C. §1681c(g), a provision of the Fair and Accurate Credit Transactions Act ("FACTA") which was enacted by Congress in 2003 to aid in the prevention of identity theft and credit/debit card fraud. Specifically, Section 1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction." (Emphasis added.) As used herein, the phrase "Prohibited Information" refers to the information which 15 U.S.C. § 1681c(g) prohibits from being printed on receipts - i.e., more than the last five digits of the credit card or debit card number or the expiration date of the card. Despite having had several years to bring themselves into compliance with the law, Defendants have willfully violated Section 1681c(g) repeatedly by printing Prohibited Information on electronically-printed credit card or debit card receipts issued to thousands of consumers. Based on these violations, Defendants are liable to Plaintiff and the proposed class of other similarly situated consumers under 15 U.S.C. § 1681n.

## II. THE PARTIES, JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. §1681p and 28 U.S.C. §1331. Venue is proper within this district pursuant to 28 U.S.C. §1391(b) because a substantial part of the events and omissions giving rise to the claims occurred in this district, and because there is personal jurisdiction in this district over the sole named defendant.

Ira Spiro
SBN 67641, ira@spiromoss.com
J. Mark Moore
SBN 180473, mark@spiromoss.com
Spiro Moss Barness LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiff Hagop Parseghian, individually and on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAGOP PARSEGHIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>BALLY NORTH AMERICA, INCORPORATED, and DOES 1-10,<br><br>Defendants. | CASE NO. CV 07-00347<br><br>**COMPLAINT**<br><br>CLASS ACTION<br><br>[15 U.S.C. §§ 1681 et seq.]<br><br>**DEMAND FOR JURY TRIAL** |

Hagop Parseghian ("Plaintiff"), individually and on behalf of all others similarly situated, alleges as follows.

//

//

//

//

//

ORIGINAL

## I. INTRODUCTION

1. This is an action pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq*. Plaintiff Hagop Parseghian ("Plaintiff"), individually and on behalf of all others similarly situated, brings this action against Bally North America, Incorporated and Does 1-10 (collectively "Defendants" or "BALLY") based on Defendants' practice of violating 15 U.S.C. §1681c(g), a provision of the Fair and Accurate Credit Transactions Act ("FACTA") which was enacted by Congress in 2003 to aid in the prevention of identity theft and credit/debit card fraud. Specifically, Section 1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction." (Emphasis added.) As used herein, the phrase "Prohibited Information" refers to the information which 15 U.S.C. § 1681c(g) prohibits from being printed on receipts - i.e., more than the last five digits of the credit card or debit card number or the expiration date of the card. Despite having had several years to bring themselves into compliance with the law, Defendants have willfully violated Section 1681c(g) repeatedly by printing Prohibited Information on credit card or debit card receipts issued to thousands of consumers. Based on these violations, Defendants are liable to Plaintiff and the proposed class of other similarly situated consumers under 15 U.S.C. § 1681n.

## II. THE PARTIES, JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. §1681p and 28 U.S.C. §1331. Venue is proper within this district and division pursuant to 28 U.S.C. §1391(b) because a substantial part of the events and omissions giving rise to the claims occurred in this district, and because there is personal jurisdiction in this district over the sole named defendant.

Ira Spiro
SBN 67641, ira@spiromoss.com
J. Mark Moore
SBN 180473, mark@spiromoss.com
Spiro Moss Barness LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiff Tina Soualian, individually and on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CV 07 0558 JFW(FFMx)

TINA SOUALIAN, individually and on behalf of all others similarly situated,

Plaintiff

v.

BARNEYS NEW YORK, INC., BARNEY'S, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS BARNEYS NEW YORK, and DOES 1-10,

Defendants.

CASE NO.

**COMPLAINT**

CLASS ACTION

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

Tina Soualian ("Plaintiff"), individually and on behalf of all others similarly situated, alleges as follows.

//

//

//

//

ORIGINAL

## I. INTRODUCTION

1. This is an action pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq*. Plaintiff Tina Soualian ("Plaintiff"), individually and on behalf of all others similarly situated, brings this action against Barneys New York, Inc., Barney's, Inc. Which Will Do Business in California as Barneys New York, and Does 1-10 (collectively "Defendants" or "BARNEYS") based on Defendants' practice of violating 15 U.S.C. §1681c(g), a provision of the Fair and Accurate Credit Transactions Act ("FACTA") which was enacted by Congress in 2003 to aid in the prevention of identity theft and credit/debit card fraud. Specifically, Section 1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction." (Emphasis added.) As used herein, the phrase "Prohibited Information" refers to the information which 15 U.S.C. § 1681c(g) prohibits from being printed on receipts - i.e., more than the last five digits of the credit card or debit card number or the expiration date of the card. Despite having had several years to bring themselves into compliance with the law, Defendants have willfully violated Section 1681c(g) repeatedly by printing Prohibited Information on credit card or debit card receipts issued to thousands of consumers. Based on these violations, Defendants are liable to Plaintiff and the proposed class of other similarly situated consumers under 15 U.S.C. § 1681n.

## II. THE PARTIES, JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. §1681p and 28 U.S.C. §1331. Venue is proper within this district pursuant to 28 U.S.C. §1391(b) because a substantial part of the events and omissions giving rise to the claims occurred in this district, and because there is personal jurisdiction in this district over the sole named defendant.

ORIGINAL

Eric A. Grover, Esq. (CSB# 136080)
Valerie L. Sharpe, Esq. (Of Counsel) (CSB# 191344)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel: (415) 543-1305, Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500, Fax (775) 703-5027

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel: (818) 788-8081, Fax (818) 788-8080

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER**
**A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel. (818) 986-8900, Fax (818) 990-7900

FILED
2007 FEB -9 PM 3:55

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BARBARA LIBMAN, on behalf of herself and all others similarly situated,

Plaintiff,

v.

BEBE STORES, INC.

Defendants.

Case No.: CV-07-0972-ABC (Ex)

CLASS ACTION

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

IK
5/20

Comes now Plaintiff Barbara Libman ("Plaintiff") on behalf of herself and all others similarly situated and alleges as follows:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed the Fair and Accurate Credit Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681(c)(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements,

ORIGINAL FILED
07 JAN 16 AM 2:01
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ira Spiro
SBN 67641, ira@spirmoss.com
J. Mark Moore
SBN 180473, mark@spiromoss.com
Spiro Moss Barness LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiff Celine Yalenkatian, individually and on behalf of all others similarly situated

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CELINE YALENKATIAN, individually and on behalf of all others similarly situated, Plaintiff<br><br>v.<br><br>BEBE STORES, INC. and DOES 1-10,<br><br>Defendants. | CASE NO. C 07 0255 JSW<br><br>COMPLAINT<br><br>DEMAND FOR JURY TRIAL<br><br>CLASS ACTION<br><br>[15 U.S.C. §§ 1681 et seq.] |

FAXED

Celine Yalenkatian ("Plaintiff"), individually and on behalf of all others similarly situated, alleges as follows.

//

//

//

## I. INTRODUCTION

1. This is an action pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq.* Plaintiff Celine Yalenkatian ("Plaintiff"), individually and on behalf of all others similarly situated, brings this action against Defendants Bebe Stores, Inc. and Does 1-10 (collectively "Defendants" or "BEBE") based on Defendants' practice of violating 15 U.S.C. §1681c(g), a provision of the Fair and Accurate Credit Transactions Act ("FACTA") which was enacted by Congress in 2003 to aid in the prevention of identity theft and credit/debit card fraud. Specifically, Section 1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction." (Emphasis added.) As used herein, the phrase "Prohibited Information" refers to the information which 15 U.S.C. § 1681c(g) prohibits from being printed on receipts - i.e., more than the last five digits of the credit card or debit card number or the expiration date of the card. Despite having had several years to bring themselves into compliance with the law, Defendants have willfully violated Section 1681c(g) repeatedly by printing Prohibited Information on credit card or debit card receipts provided to thousands of consumers. Based on these violations, Defendants are liable to Plaintiff and the proposed class of other similarly situated consumers under 15 U.S.C. § 1681n.

## II. THE PARTIES, JURISDICTION AND VENUE

### Jurisdiction

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. §1681p and 28 U.S.C. §1331. Venue is proper pursuant to 28 U.S.C. §1391(b) because the sole named defendant conducts business throughout this district and has violated the law here in the manner alleged herein, because a substantial part of the events and omissions giving rise to the claims occurred in this district, and because there is personal jurisdiction in this district over the sole named defendant.

### Intradistrict Assignment

3. This case should be assigned to this Division because a substantial part of the events or omissions which give rise to the claims alleged occurred within the geographic area covered by

FILED 2007 FEB -9 PM 3:58 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. BY

Eric A. Grover, Esq. (CSB# 136080)
Valerie L. Sharpe, Esq. (Of Counsel) (CSB# 191344)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel: (415) 543-1305, Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500, Fax (775) 703-5027

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel: (818) 788-8081, Fax (818) 788-8080

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER**
**A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel. (818) 986-8900, Fax (818) 990-7900

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GROGAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BENIHANA ENCINO, BENIHANA ENCINO CORPORATION, BENIHANA INCORPORATED<br><br>Defendants. | Case No.: CV07-00975 SVW (CWx)<br><br>CLASS ACTION<br><br>COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF<br><br>[15 U.S.C. §§ 1681 et seq.]<br><br>**DEMAND FOR JURY TRIAL** |

I IS
20

Comes now Plaintiff Patrick Grogan ("Plaintiff") on behalf of himself and all others similarly situated and alleges as follows:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed the Fair and Accurate Credit Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681(c)(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements,

Erica L. Allen, State Bar No. 234922 (ela@lindelaw.net)
THE LINDE LAW FIRM
9000 Sunset Blvd., Suite 1025
Los Angeles, CA 90069
(310) 203-9333
(310) 203-9233 FAX

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA ALTOMARE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKBUSTER INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 06 8211 AHM (Ex)<br><br>COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF<br>**CLASS ACTION**<br><br>[15 U.S.C. §§ 1681 et seq.]<br><br>**DEMAND FOR JURY TRIAL** |

JS 20

Plaintiff, by her attorneys, brings this action on her own behalf and on behalf of all others similarly situated, and alleges the following upon personal knowledge, or where there is not personal knowledge, upon information and belief:

## INTRODUCTION

1. In 2003, Congress passed and the President signed, the Fair and

Accurate Transactions Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

"This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. §1681c(g) of the Fair Credit Reporting Act), provides that:

"**No person** that accepts credit cards or debit cards for the transaction of business **shall print more than the last 5 digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder** at the point of the sale or transaction."

3. The law gave merchants who accept credit and/or debit cards up to three years to comply with its requirements, requiring full compliance with its provisions no later than December 4, 2006. Although defendant BLOCKBUSTER INC. and the other Defendants named herein had up to three years to comply, Defendants have willfully violated this law and failed to protect Plaintiff and others similarly situated against identity theft and credit and debit card fraud by continuing to print more than the last five digits of the card number and or the expiration date on receipts provided to debit card and credit card cardholders transacting business with Defendants.

4. Plaintiff on behalf of herself and all others similarly situated brings this action against BLOCKBUSTER INC. and DOES 1 through 10 (hereinafter collectively referred to as "Defendants") based on Defendants' violations of 15

Eric A. Grover, Esq. (CSB# 136080)
Jade Butman (CSB# 235920)
Elizabeth A. Acevedo (CSB# 227347)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel. (415) 543-1305
Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd. Suite 1200
Encino, California 91436
Tel. (818) 788-8081

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER, A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd. Suite 1200
Encino, California 91436
Tel. (818) 986-8900

ORIGINAL
FILED
FEB - 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

JSW

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZACHARY HILE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BODY SHOP INTERNATIONAL PLC and THE BODY SHOP, INC.<br><br>Defendants. | Case No. C 07 0791<br><br>CLASS ACTION<br><br>COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF<br><br>[15 U.S.C. §§ 1681 et seq.]<br><br>**DEMAND FOR JURY TRIAL** |

Comes now Plaintiff Zachary Hile ("Plaintiff") on behalf of himself and all others similarly situated and alleges as follows:

## INTRODUCTION

1. In 2003, Congress passed and the President signed, the Fair and Accurate Credit Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681c(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements, requiring full compliance with its provisions no later than December 4, 2006. Although Defendants THE BODY SHOP INTERNATIONAL PLC and THE BODY SHOP, INC. (hereinafter collectively referred to as "Defendants" or "The Body Shop") had up to three years to comply, Defendants have willfully violated this law and failed to protect Plaintiff and others similarly situated against identity theft and credit card and

Douglas A. Linde, State Bar No. 234922 (dal@lindelaw.net)
THE LINDE LAW FIRM
9000 Sunset Blvd., Suite 1025
Los Angeles, CA 90069
(310) 203-9333
(310) 203-9233 FAX

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE E. SPIKINGS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRISTOL FARMS; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 06 8205 DDP(RZx)<br><br>COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF<br>**CLASS ACTION**<br><br>[15 U.S.C. §§ 1681 et seq.]<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, by her attorneys, brings this action on her own behalf and on behalf of all others similarly situated, and alleges the following upon personal knowledge, or where there is not personal knowledge, upon information and belief:

## INTRODUCTION

1. In 2003, Congress passed and the President signed, the Fair and Accurate Transactions Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during

the signing of the bill, the President declared that:

"This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. §1681c(g) of the Fair Credit Reporting Act), provides that:

"**No person** that accepts credit cards or debit cards for the transaction of business **shall print more than the last 5 digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder** at the point of the sale or transaction."

3. The law gave merchants who accept credit and/or debit cards up to three years to comply with its requirements, requiring full compliance with its provisions no later than December 4, 2006. Although Defendant BRISTOL FARMS and the other Defendants named herein had up to three years to comply, Defendants have willfully violated this law and failed to protect Plaintiff and others similarly situated against identity theft and credit and debit card fraud by continuing to print more than the last five digits of the card number and or the expiration date on receipts provided to debit card and credit card cardholders transacting business with Defendants.

4. Plaintiff on behalf of herself and all others similarly situated brings this action against BRISTOL FARMS and DOES 1 through 10 (hereinafter collectively referred to as "Defendants") based on Defendants' violations of 15 U.S.C. §§ 1681 et seq.



Ira Spiro
SBN 67641, ira@spiromoss.com
J. Mark Moore
SBN 180473, mark@spiromoss.com
Spiro Moss Barness LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiffs Gloria Abiva and Esgouhi Babanian, individually and on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GLORIA ABIVA and ESGOUHI BABANIAN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

CACHE, INC. and DOES 1-10,

Defendants.

CASE NO.

**COMPLAINT**

CLASS ACTION

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

Gloria Abiva and Esgouhi Babanian ("Plaintiffs"), individually and on behalf of all others similarly situated, allege as follows.

//

//

//

//

//

ORIGINAL

## I. INTRODUCTION

1. This is an action pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq*. Plaintiffs Gloria Abiva and Esgouhi Babanian ("Plaintiffs"), individually and on behalf of all others similarly situated, bring this action against Cache, Inc. and Does 1-10 (collectively "Defendants" or "CACHE") based on Defendants' practice of violating 15 U.S.C. §1681c(g), a provision of the Fair and Accurate Credit Transactions Act ("FACTA") which was enacted by Congress in 2003 to aid in the prevention of identity theft and credit/debit card fraud. Specifically, Section 1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction." (Emphasis added.) As used herein, the phrase "Prohibited Information" refers to the information which 15 U.S.C. § 1681c(g) prohibits from being printed on receipts - i.e., more than the last five digits of the credit card or debit card number or the expiration date of the card. Despite having had several years to bring themselves into compliance with the law, Defendants have willfully violated Section 1681c(g) repeatedly by printing Prohibited Information on electronically-printed credit card or debit card receipts issued to thousands of consumers. Based on these violations, Defendants are liable to Plaintiffs and the proposed class of other similarly situated consumers under 15 U.S.C. § 1681n.

## II. THE PARTIES, JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. §1681p and 28 U.S.C. §1331. Venue is proper within this district pursuant to 28 U.S.C. §1391(b) because a substantial part of the events and omissions giving rise to the claims occurred in this district, and because there is personal jurisdiction in this district over the sole named defendant.

3. Plaintiffs Gloria Abiva and Esgouhi Babanian are residents of the State

Ira Spiro
SBN 67641, ira@spiromoss.com
J. Mark Moore
SBN 180473, mark@spiromoss.com
Spiro Moss Barness LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiff Fabiola Aeschbacher, individually and on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FABIOLA AESCHBACHER, individually and on behalf of all others similarly situated,

Plaintiff

v.

CALIFORNIA PIZZA KITCHEN, INC. and DOES 1-10,

Defendants.

CASE NO. CV07-00215 RGK (JWJx)

**COMPLAINT**

[CLASS ACTION]

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

Fabiola Aeschbacher ("Plaintiff"), individually and on behalf of all others similarly situated, alleges as follows.

//

//

//

//

//

ORIGINAL

# I. INTRODUCTION

1. This is an action pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq.* Plaintiff Fabiola Aeschbacher ("Plaintiff"), individually and on behalf of all others similarly situated, brings this action against California Pizza Kitchen, Inc. and Does 1-10 (collectively "Defendants" or "CPK") based on Defendants' practice of violating 15 U.S.C. §1681c(g), a provision of the Fair and Accurate Credit Transactions Act ("FACTA") which was enacted by Congress in 2003 to aid in the prevention of identity theft and credit/debit card fraud. Specifically, Section 1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction." (Emphasis added.) As used herein, the phrase "Prohibited Information" refers to the information which 15.U.S.C. § 1681c(g) prohibits from being printed on receipts - i.e., more than the last five digits of the credit card or debit card number or the expiration date of the card. Despite having had several years to bring themselves into compliance with the law, Defendants have willfully violated Section 1681c(g) repeatedly by printing Prohibited Information on credit card or debit card receipts issued to thousands of consumers. Based on these violations, Defendants are liable to Plaintiff and the proposed class of other similarly situated consumers under 15 U.S.C. § 1681n.

# II. THE PARTIES, JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. §1681p and 28 U.S.C. §1331. Venue is proper within this district and division pursuant to 28 U.S.C. §1391(b) because a substantial part of the events and omissions giving rise to the claims occurred in this district, and because there is personal jurisdiction in this district over the sole named defendant.

3. Plaintiff is a resident of the State of California and the County of Los

ORIGINAL

Eric A. Grover, Esq. (CSB# 136080)
Valerie L. Sharpe, Esq. (Of Counsel) (CSB# 191344)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel: (415) 543-1305, Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500, Fax (775) 703-5027

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel: (818) 788-8081, Fax (818) 788-8080

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER**
**A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel. (818) 986-8900, Fax (818) 990-7900

FILED
2007 FEB -9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ERIK J. KHOROVSKY, on behalf of himself and all others similarly situated,

Plaintiff,

v.

CALIFORNIA PIZZA KITCHEN, INC.

Defendants.

Case No.: CV-07-0957-GAF (JCx)

CLASS ACTION

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

Comes now Plaintiff Erik J. Khorovsky ("Plaintiff") on behalf of himself and all others similarly situated and alleges as follows:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed the Fair and Accurate Credit Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681(c)(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements,

Ira Spiro
SBN 67641, ira@spiromoss.com
J. Mark Moore
SBN 180473, mark@spiromoss.com
Spiro Moss Barness LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiff Veronica Blanco, individually and on behalf of all others similarly situated

FILED
2007 JAN 23 PM 4:24
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CV-07-0559 - GPS(JWJx)

| | |
|---|---|
| VERONICA BLANCO, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>CEC ENTERTAINMENT CONCEPTS, L.P., CEC ENTERTAINMENT, INC., NOR-CAL CHUCK E. CHEESE, LLC, and DOES 1-10,<br><br>Defendants. | CASE NO.<br><br>**COMPLAINT**<br><br>CLASS ACTION<br><br>[15 U.S.C. §§ 1681 et seq.]<br><br>**DEMAND FOR JURY TRIAL** |

Veronica Blanco ("Plaintiff"), individually and on behalf of all others similarly situated, alleges as follows.

//

//

//

//

## I. INTRODUCTION

1. This is an action pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq*. Plaintiff Veronica Blanco ("Plaintiff"), individually and on behalf of all others similarly situated, brings this action against CEC Entertainment Concepts, LP, CEC Entertainment, Inc., Nor-Cal Chuck E. Cheese, LLC and Does 1-10 (collectively "Defendants" or "CHUCK E. CHEESE") based on Defendants' practice of violating 15 U.S.C. §1681c(g), a provision of the Fair and Accurate Credit Transactions Act ("FACTA") which was enacted by Congress in 2003 to aid in the prevention of identity theft and credit/debit card fraud. Specifically, Section 1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction." (Emphasis added.) As used herein, the phrase "Prohibited Information" refers to the information which 15 U.S.C. § 1681c(g) prohibits from being printed on receipts - i.e., more than the last five digits of the credit card or debit card number or the expiration date of the card. Despite having had several years to bring themselves into compliance with the law, Defendants have willfully violated Section 1681c(g) repeatedly by printing Prohibited Information on credit card or debit card receipts issued to thousands of consumers. Based on these violations, Defendants are liable to Plaintiff and the proposed class of other similarly situated consumers under 15 U.S.C. § 1681n.

## II. THE PARTIES, JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. §1681p and 28 U.S.C. §1331. Venue is proper within this district pursuant to 28 U.S.C. §1391(b) because a substantial part of the events and omissions giving rise to the claims occurred in this district, and because there is personal jurisdiction in this district over the sole named defendant.

ORIGINAL

Eric A. Grover, Esq. (CSB# 136080)
Valerie L. Sharpe, Esq. (Of Counsel) (CSB# 191344)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel: (415) 543-1305, Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500, Fax (775) 703-5027

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel: (818) 788-8081, Fax (818) 788-8080

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER**
**A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel. (818) 986-8900, Fax (818) 990-7900

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL PRICE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CEC ENTERTAINMENT, INC., CEC ENTERTAINMENT CONCEPTS, L.P.<br><br>Defendants. | Case No. CV 07-00923 GAF(Ex)<br><br>CLASS ACTION<br><br>COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF<br><br>[15 U.S.C. §§ 1681 et seq.]<br><br>**DEMAND FOR JURY TRIAL** |

Comes now Plaintiff Joel Price ("Plaintiff") on behalf of himself and all others similarly situated and alleges as follows:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed, the Fair and Accurate Credit Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681(c)(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements,

Eric A. Grover, Esq. (CSB# 136080)
Jade Butman, Esq. (CSB# 235920)
Elizabeth A. Acevedo, Esq. (CSB# 227347)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel. (415) 543-1305
Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd. Suite 1200
Encino, California 91436
Tel. (818) 788-8081

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER, A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd. Suite 1200
Encino, California 91436
Tel. (818) 986-8900

FILED
FEB - 5 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

MMC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

INNA VIGDORCHIK, on behalf of herself and all others similarly situated,

Plaintiff,

v.

CENTURY THEATRES, INC., and CINEMARK USA, INC.

Defendants.

Case No. C 07 0736

CLASS ACTION

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

Comes now Plaintiff Inna Vigdorchik ("Plaintiff") on behalf of herself and all others similarly situated and alleges as follows:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed, the Fair and Accurate Credit Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681c(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements, requiring full compliance with its provisions no later than December 4, 2006. Although Defendants CENTURY THEATRES, INC. and CINEMARK USA, INC (hereinafter collectively referred to as "Defendants" or "CENTURY") had up to three years to comply, Defendants have willfully violated this law and failed to protect Plaintiff and others similarly situated against identity theft and credit card

Ira Spiro
SBN 67641, ira@spiromoss.com
J. Mark Moore
SBN 180473, mark@spiromoss.com
Spiro Moss Barness LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiff Ramela Khachomian, individually and on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CV 07 0586 DSF (MANx)

| | |
|---|---|
| RAMELA KHACHOMIAN, individually and on behalf of all others similarly situated, | CASE NO. |
| Plaintiff | **COMPLAINT** |
| | CLASS ACTION |
| v. | [15 U.S.C. §§ 1681 et seq.] |
| CHANEL, INC. and DOES 1-10, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

Ramela Khachomian ("Plaintiff"), individually and on behalf of all others similarly situated, alleges as follows.

//

//

//

//

//

## I. INTRODUCTION

1. This is an action pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq.* Plaintiff Ramela Khachomian ("Plaintiff"), individually and on behalf of all others similarly situated, brings this action against defendants Chanel, Inc. and Does 1-10 (collectively "Defendants" or "CHANEL") based on Defendants' practice of violating 15 U.S.C. §1681c(g), a provision of the Fair and Accurate Credit Transactions Act ("FACTA") which was enacted by Congress in 2003 to aid in the prevention of identity theft and credit/debit card fraud. Specifically, Section 1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction." (Emphasis added.) As used herein, the phrase "Prohibited Information" refers to the information which 15 U.S.C. § 1681c(g) prohibits from being printed on receipts - i.e., more than the last five digits of the credit card or debit card number or the expiration date of the card. Despite having had several years to bring themselves into compliance with the law, Defendants have willfully violated Section 1681c(g) repeatedly by printing Prohibited Information on electronically-printed credit card or debit card receipts issued to thousands of consumers, including Plaintiff. Based on these violations, Defendants are liable to Plaintiff and the proposed class of other similarly situated consumers under 15 U.S.C. § 1681n.

## II. THE PARTIES, JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. §1681p and 28 U.S.C. §1331. Venue is proper within this district pursuant to 28 U.S.C. §1391(b) because a substantial part of the events and omissions giving rise to the claims occurred in this district, and because there is personal jurisdiction in this district over the sole named defendant.

3. Plaintiff is a resident of the State of California and the County of Los

Ira Spiro
SBN 67641, ira@spiromoss.com
J. Mark Moore
SBN 180473, mark@spiromoss.com
Spiro Moss Barness LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiff Frida Najarian, individually and on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRIDA NAJARIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>CHARLOTTE RUSSE, INC., CHARLOTTE RUSSE HOLDING, INC. and DOES 1-10,<br><br>Defendants. | CASE NO.<br>CV 07 0501 RGK(CTx)<br>**COMPLAINT**<br>CLASS ACTION<br>[15 U.S.C. §§ 1681 et seq.]<br>**DEMAND FOR JURY TRIAL** |

Frida Najarian ("Plaintiff"), individually and on behalf of all others similarly situated, alleges as follows.

//

//

//

//

//

## I. INTRODUCTION

1. This is an action pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq.* Plaintiff Frida Najarian ("Plaintiff"), individually and on behalf of all others similarly situated, brings this action against Charlotte Russe, Inc., Charlotte Russe Holding, Inc. and Does 1-10 (collectively "Defendants" or "CHARLOTTE RUSSE") based on Defendants' practice of violating 15 U.S.C. §1681c(g), a provision of the Fair and Accurate Credit Transactions Act ("FACTA") which was enacted by Congress in 2003 to aid in the prevention of identity theft and credit/debit card fraud. Specifically, Section 1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction." (Emphasis added.) As used herein, the phrase "Prohibited Information" refers to the information which 15 U.S.C. § 1681c(g) prohibits from being printed on receipts - i.e., more than the last five digits of the credit card or debit card number or the expiration date of the card. Despite having had several years to bring themselves into compliance with the law, Defendants have willfully violated Section 1681c(g) repeatedly by printing Prohibited Information on credit card or debit card receipts issued to thousands of consumers. Based on these violations, Defendants are liable to Plaintiff and the proposed class of other similarly situated consumers under 15 U.S.C. § 1681n.

## II. THE PARTIES, JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. §1681p and 28 U.S.C. §1331. Venue is proper within this district and division pursuant to 28 U.S.C. §1391(b) because a substantial part of the events and omissions giving rise to the claims occurred in this district, and because there is personal jurisdiction in this district over the sole named defendant.

3. Plaintiff is a resident of the State of California and the County of Los

ORIGINAL

Eric A. Grover, Esq. (CSB# 136080)
Valerie L. Sharpe, Esq. (Of Counsel) (CSB# 191344)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel: (415) 543-1305, Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500, Fax (775) 703-5027

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel: (818) 788-8081, Fax (818) 788-8080

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER**
**A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel. (818) 986-8900, Fax (818) 990-7900

FILED
2007 FEB -9 PM 2:54
CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF.
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SAUNDERS, on behalf of himself and all others similarly situated, | Case No.: SACV07-0168 |
| Plaintiff, | CLASS ACTION |
| v. | COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF |
| CLAIM JUMPER ENTERPRISES, INC., | [15 U.S.C. §§ 1681 et seq.] |
| Defendants. | **DEMAND FOR JURY TRIAL** |

DOC
FAX

Comes now Plaintiff Michael Saunders ("Plaintiff") on behalf of himself and all others similarly situated and alleges as follows:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed the Fair and Accurate Credit Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681(c)(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements,

ORIGINAL

Eric A. Grover, Esq. (CSB# 136080)
Valerie L. Sharpe, Esq. (Of Counsel) (CSB# 191344)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel: (415) 543-1305, Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500, Fax (775) 703-5027

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel: (818) 788-8081, Fax (818) 788-8080

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER**
**A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel. (818) 986-8900, Fax (818) 990-7900

FILED 2007 FEB 12 PM 2:29

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL SAUNDERS, on behalf of himself and all others similarly situated,

Plaintiff,

v.

CORNER BAKERY CAFE, CBC RESTAURANT CORP.

Defendants.

Case No. 07-00998 DDP (JWJx)

CLASS ACTION

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

Comes now Plaintiff Michael Saunders ("Plaintiff") on behalf of himself and all others similarly situated and alleges as follows:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed the Fair and Accurate Credit Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681(c)(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements,

Douglas A. Linde, State Bar No. 217584 (dal@lindelaw.net)
Chant Yedalian, State Bar No. 222325 (cy@lindelaw.net)
Erica L. Allen, State Bar. No. 234922 (ela@lindelaw.net)
THE LINDE LAW FIRM
9000 Sunset Blvd., Suite 1025
Los Angeles, CA 90069
(310) 203-9333
(310) 203-9233 FAX

Attorneys for Plaintiff

FILED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KATHERINE E. SPIKINGS, on behalf of herself and all others similarly situated,

Plaintiff,

v.

COST PLUS, INC., and DOES 1 through 10, inclusive,

Defendants.

CASE NO. CV 06 8125 JFW(ASWx)

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
**CLASS ACTION**

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

Plaintiff, by her attorneys, brings this action on her own behalf and on behalf of all others similarly situated, and alleges the following upon personal knowledge, or where there is not personal knowledge, upon information and belief:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed, the Fair and Accurate Transactions Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

"This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. §1681c(g) of the Fair Credit Reporting Act), provides that:

"**No person** that accepts credit cards or debit cards for the transaction of business **shall print more than the last 5 digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder** at the point of the sale or transaction."

3. The law gave merchants who accept credit and/or debit cards up to three years to comply with its requirements, requiring full compliance with its provisions no later than December 4, 2006. Although COST PLUS, INC., and the other Defendants named herein had up to three years to comply, Defendants have willfully violated this law and failed to protect Plaintiff and others similarly situated against identity theft and credit and debit card fraud by continuing to print more than the last five digits of the card number and or the expiration date on receipts provided to debit card and credit card cardholders transacting business with Defendants.

4. Plaintiff on behalf of herself and all other similarly situated brings this action against COST PLUS, INC., and DOES 1 through 10 (hereinafter collectively referred to as "Defendants") based on Defendants' violations of 15 U.S.C. §§ 1681 et seq.

5. Plaintiff seeks, on behalf of herself and the class, statutory damages, punitive damages, costs and attorneys fees, all of which are expressly made

ORIGINAL

Eric A. Grover, Esq. (CSB# 136080)
Valerie L. Sharpe, Esq. (Of Counsel) (CSB# 191344)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel: (415) 543-1305, Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500, Fax (775) 703-5027

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel: (818) 788-8081, Fax (818) 788-8080

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER**
**A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel. (818) 986-8900, Fax (818) 990-7900

FILED 2007 FEB -9 PM 2:42

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GROGAN, on behalf of himself and all others similarly situated, | Case No.: CV-07-0959-SVW (CTx) |
| Plaintiff, | CLASS ACTION |
| v. | COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF |
| DAPHNE'S GREEK CAFÉ, FILI ENTERPRISES, INC. | [15 U.S.C. §§ 1681 et seq.] |
| Defendants. | **DEMAND FOR JURY TRIAL** |

Comes now Plaintiff Patrick Grogan ("Plaintiff") on behalf of himself and all others similarly situated and alleges as follows:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed, the Fair and Accurate Credit Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681(c)(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements, requiring full compliance with its provisions no later than December 4, 2006. Although Defendants DAPHNE'S GREEK CAFÉ, FILI ENTERPRISES, INC. (hereinafter collectively referred to as

Ira Spiro SBN 67641
ira@spiromoss.com
Gregory N. Karasik SBN 115834
greg@spiromoss.com
Spiro Moss Barness LLP[1]
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiff
MICHAEL BATEMAN

FILED

2007 JAN -4 PM 3:42

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ________________

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BATEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>DISCOVERY COMMUNICATIONS, INC.; and DOES 1-10,<br><br>Defendants. | CASE NO. CV 07-00147 GPS PLAx<br><br>CLASS ACTION<br><br>**CLASS ACTION COMPLAINT FOR VIOLATION OF FAIR AND ACCURATE TRANSACTIONS ACT**<br><br>[15 U.S.C. § 1681c(g)]<br><br>**DEMAND FOR JURY TRIAL** |

Michael Bateman ("Plaintiff"), individually and on behalf of all others similarly situated, alleges as follows.

## I. INTRODUCTION

1. This is a class action for violation of the Fair and Accurate Credit Transactions Act ("FACTA"), which added 15 U.S.C. §1681c(g) to the Fair Reporting and Credit Act ("FRCA"). On behalf of himself and all others similarly

[1] The firm is in the process of changing its name from "Spiro Moss Barness & Barge LLP" to "Spiro Moss Barness LLP."

COPY

situated, plaintiff Michael Bateman ("Plaintiff") brings this class action against defendants Discovery Communications, Inc. and Does 1-10 (collectively "Defendants") based on Defendants' practice of violating 15 U.S.C. §1681c(g). FACTA was enacted by Congress in 2003 to aid in the prevention of identity theft and credit/debit card fraud. Section 1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction." As used herein, the phrase "Prohibited Information" refers to the information which 15 U.S.C. § 1681c(g) prohibits from being printed on receipts - i.e., more than the last five digits of the credit card or debit card number or the expiration date. Despite having had several years to bring themselves into compliance with the law, Defendants have willfully violated Section 1681c(g) repeatedly by printing Prohibited Information on credit card or debit card receipts issued to thousands of consumers. Based on these violations, Defendants are liable to Plaintiff and the proposed class of other similarly situated consumers under 15 U.S.C. § 1681n.

## II. THE PARTIES, JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1681p and 28 U.S.C. § 1331. Venue is proper within this district pursuant to 28 U.S.C. § 1391(b) because all named Defendants reside in this district and a substantial part of the events or omissions giving rise to the claim occurred in this district.

3. Plaintiff is a resident of the State of California and the County of Los Angeles, and is a "consumer" as defined by 15 U.S.C. § 1681a(c). Pursuant to the Federal Rules of Civil Procedure, Plaintiff seeks to represent a nationwide class of consumers, each who likewise constitutes a "consumer" under § 1681a(c).

4. Defendant Discovery Communications, Inc. is a Delaware corporation which maintains its corporate headquarters in Silver Springs, Maryland. Plaintiff is unaware of the true names of defendants Does 1 through 10. Said defendants are

Ira Spiro
SBN 67641, ira@spiromoss.com
J. Mark Moore
SBN 180473, mark@spiromoss.com
Spiro Moss Barness LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

SDML

Attorneys for Plaintiff Lala Vartanian, individually and on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

I/S

20

| | |
|---|---|
| LALA VARTANIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>ESTYLE, INC. and DOES 1-10,<br><br>Defendants. | CASE NO. CV. 07 0307<br><br>**COMPLAINT**<br><br>CLASS ACTION<br><br>[15 U.S.C. §§ 1681 et seq.]<br><br>**DEMAND FOR JURY TRIAL** |

Lala Vartanian ("Plaintiff"), individually and on behalf of all others similarly situated, alleges as follows.

//

//

//

//

//

ORIGINAL

## I. INTRODUCTION

1. This is an action pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq.* Plaintiff Lala Vartanian ("Plaintiff"), individually and on behalf of all others similarly situated, brings this action against eStyle, Inc., dba babystyle and Does 1-10 (collectively "Defendants" or "BABYSTYLE") based on Defendants' practice of violating 15 U.S.C. §1681c(g), a provision of the Fair and Accurate Credit Transactions Act ("FACTA") which was enacted by Congress in 2003 to aid in the prevention of identity theft and credit/debit card fraud. Specifically, Section 1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction." (Emphasis added.) As used herein, the phrase "Prohibited Information" refers to the information which 15 U.S.C. § 1681c(g) prohibits from being printed on receipts - i.e., more than the last five digits of the credit card or debit card number or the expiration date of the card. Despite having had several years to bring themselves into compliance with the law, Defendants have willfully violated Section 1681c(g) repeatedly by printing Prohibited Information on credit card or debit card receipts issued to thousands of consumers. Based on these violations, Defendants are liable to Plaintiff and the proposed class of other similarly situated consumers under 15 U.S.C. § 1681n.

## II. THE PARTIES, JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. §1681p and 28 U.S.C. §1331. Venue is proper within this district and division pursuant to 28 U.S.C. §1391(b) because a substantial part of the events and omissions giving rise to the claims occurred in this district, and because there is personal jurisdiction in this district over the sole named defendant.

3. Plaintiff is a resident of the State of California and the County of Los

Eric A. Grover, Esq. (CSB# 136080)
Jade Butman, Esq. (CSB# 235920)
Elizabeth A. Acevedo, Esq. (CSB# 227347)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel. (415) 543-1305
Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd. Suite 1200
Encino, California 91436
Tel. (818) 788-8081

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER, A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd. Suite 1200
Encino, California 91436
Tel. (818) 986-8900

ORIGINAL
FEB
RICHARD ... CLERK ... NORTHERN DISTRICT ...
E-filing

SC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ZACHARY HILE, on behalf of himself and all others similarly situated,

Plaintiff,

v.

FREDERICK'S OF HOLLYWOOD STORES, INC., FREDERICK'S OF HOLLYWOOD, INC.

Defendants.

Case No. C 07 0715

CLASS ACTION

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

Comes now Plaintiff Zachary Hile ("Plaintiff") on behalf of himself and all others similarly situated and alleges as follows:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed the Fair and Accurate Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681c(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements, requiring full compliance with its provisions no later than December 4, 2006. Although Defendants FREDERICK'S OF HOLLYWOOD STORES, INC. and FREDERICK'S OF HOLLYWOOD, INC. (hereinafter collectively referred to as "Defendants" or "FREDERICK'S") had up to three years to comply, Defendants have willfully violated this law and failed to protect Plaintiff and others similarly situated against

ORIG...

Eric A. Grover, Esq. (CSB# 136080)
Valerie L. Sharpe, Esq. (Of Counsel) (CSB# 191344)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel: (415) 543-1305, Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500, Fax (775) 703-5027

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel: (818) 788-8081, Fax (818) 788-8080

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER**
**A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel. (818) 986-8900, Fax (818) 990-7900

2007 FEB -9 PM 1:56

FILED

IS
5/20

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SAUNDERS, on behalf of himself and all others similarly situated, | Case No.: CV-07-0953-MMM (RZx) |
| Plaintiff, | CLASS ACTION |
| v. | COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF |
| FUDDRUCKER'S INC. | [15 U.S.C. §§ 1681 et seq.] |
| Defendants. | **DEMAND FOR JURY TRIAL** |

Comes now Plaintiff Michael Saunders ("Plaintiff") on behalf of himself and all others similarly situated and alleges as follows:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed the Fair and Accurate Credit Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681(c)(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements,

Ira Spiro
SBN 67641, ira@spiromoss.com
J. Mark Moore
SBN 180473, mark@spiromoss.com
Spiro Moss Barness LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiff Jesus Lopez, individually and on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS LOPEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>GAUCHO GRILL CORPORATION and DOES 1-10,<br><br>Defendants. | CASE NO. CV 07-00306 CAS (VBKx)<br><br>**COMPLAINT**<br><br>CLASS ACTION<br><br>[15 U.S.C. §§ 1681 et seq.]<br><br>**DEMAND FOR JURY TRIAL** |

Jesus Lopez ("Plaintiff"), individually and on behalf of all others similarly situated, alleges as follows.

//

//

//

//

//

ORIGINAL

## I. INTRODUCTION

1. This is an action pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq*. Plaintiff Jesus Lopez ("Plaintiff"), individually and on behalf of all others similarly situated, brings this action against Gaucho Grill Corporation and Does 1-10 (collectively "Defendants" or "GAUCHO GRILL") based on Defendants' practice of violating 15 U.S.C. §1681c(g), a provision of the Fair and Accurate Credit Transactions Act ("FACTA") which was enacted by Congress in 2003 to aid in the prevention of identity theft and credit/debit card fraud. Specifically, Section 1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction." (Emphasis added.) As used herein, the phrase "Prohibited Information" refers to the information which 15 U.S.C. § 1681c(g) prohibits from being printed on receipts - i.e., more than the last five digits of the credit card or debit card number or the expiration date of the card. Despite having had several years to bring themselves into compliance with the law, Defendants have willfully violated Section 1681c(g) repeatedly by printing Prohibited Information on credit card or debit card receipts issued to thousands of consumers. Based on these violations, Defendants are liable to Plaintiff and the proposed class of other similarly situated consumers under 15 U.S.C. § 1681n.

## II. THE PARTIES, JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. §1681p and 28 U.S.C. §1331. Venue is proper within this district and division pursuant to 28 U.S.C. §1391(b) because a substantial part of the events and omissions giving rise to the claims occurred in this district, and because there is personal jurisdiction in this district over the sole named defendant.

3. Plaintiff is a resident of the State of California and the County of Los

FILED JAN -5 PM 4:0 U.S. DISTRICT COURT

Ira Spiro
SBN 67641, ira@spiromoss.com
J. Mark Moore
SBN 180473, mark@spiromoss.com
Spiro Moss Barness LLP[1]
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiff Jennifer Lopez, individually and on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

SI

JENNIFER LOPEZ, individually and on behalf of all others similarly situated,

Plaintiff

v.

THE GYMBOREE CORPORATION and DOES 1-10,

Defendants.

C 07 0087

CASE NO.

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

CLASS ACTION

[15 U.S.C. §§ 1681 et seq.]

Jennifer Lopez ("Plaintiff"), individually and on behalf of all others similarly situated, alleges as follows.

//

//

//

//

FAXED

[1]The law firm is in the process of changing its name from Spiro Moss Barness & Barge LLP to Spiro Moss Barness LLP.

## I. INTRODUCTION

1. This is an action pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq*. Plaintiff Jennifer Lopez ("Plaintiff"), individually and and on behalf of all others similarly situated, brings this action against The Gymboree Corporation and Docs 1-10 (collectively "Defendants" or "GYMBOREE") based on Defendants' practice of violating 15 U.S.C. §1681c(g), a provision of the Fair and Accurate Credit Transactions Act ("FACTA") which was enacted by Congress in 2003 to aid in the prevention of identity theft and credit/debit card fraud. Specifically, Section 1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction." (Emphasis added.) As used herein, the phrase "Prohibited Information" refers to the information which 15 U.S.C. § 1681c(g) prohibits from being printed on receipts - i.e., more than the last five digits of the credit card or debit card number or the expiration date of the card. Despite having had several years to bring themselves into compliance with the law, Defendants have willfully violated Section 1681c(g) repeatedly by printing Prohibited Information on credit card or debit card receipts provided to thousands of consumers. Based on these violations, Defendants are liable to Plaintiff and the proposed class of other similarly situated consumers under 15 U.S.C. § 1681n.

## II. THE PARTIES, JURISDICTION AND VENUE

### Jurisdiction

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. §1681p and 28 U.S.C. §1331. Venue is proper pursuant to 28 U.S.C. §1391(b) because the sole named defendant conducts business throughout this district, is headquartered here, and has violated the law here in the manner alleged herein, because a substantial part of the events and omissions giving rise to the claims occurred in this district, and because there is personal jurisdiction in this district over the sole named defendant.

### Intradistrict Assignment

3. This case should be assigned to this Division because a substantial part of the events



Eric A. Grover, Esq. (CSB# 136080)
Jade Butman, Esq. (CSB# 235920)
Elizabeth A. Acevedo, Esq. (CSB# 227347)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel. (415) 543-1305
Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd. Suite 1200
Encino, California 91436
Tel. (818) 788-8081

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER, A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd. Suite 1200
Encino, California 91436
Tel. (818) 986-8900

ORIGINAL
FILED
FEB - 5 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WHA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANA MITCHELL, on behalf of herself and all others similarly situated, | Case No.: C 07 0739 |
| Plaintiff, | CLASS ACTION |
| v. | COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF |
| THE GYMBOREE CORPORATION, and GYMBOREE RETAIL STORES, INC. | [15 U.S.C. §§ 1681 et seq.] |
| Defendants. | **DEMAND FOR JURY TRIAL** |

Comes now Plaintiff Dana Mitchell ("Plaintiff") on behalf of herself and all others similarly situated and alleges as follows:

## INTRODUCTION

1. In 2003, Congress passed and the President signed, the Fair and Accurate Credit Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681c(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements, requiring full compliance with its provisions no later than December 4, 2006. Although Defendants THE GYMBOREE CORPORATION and GYMBOREE RETAIL STORES, INC. (hereinafter collectively referred to as "Defendants" or "GYMBOREE") had up to three years to comply, Defendants have willfully violated this law and failed to protect Plaintiff and others similarly situated against identity theft and credit

Ira Spiro
SBN 67641, ira@spiromoss.com
J. Mark Moore
SBN 180473, mark@spiromoss.com
Spiro Moss Barness LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiff Erez Farkash, individually and on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EREZ FARKASH, individually and on behalf of all others similarly situated,

Plaintiff

v.

HARRY AND DAVID and DOES 1-10,

Defendants.

CASE NO. CV07-00309 FMC(SHx)

**COMPLAINT**

CLASS ACTION

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

Erez Farkash ("Plaintiff"), individually and on behalf of all others similarly situated, alleges as follows.

//

//

//

//

//

ORIGINAL

## I. INTRODUCTION

1. This is an action pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq*. Plaintiff Erez Farkash ("Plaintiff"), individually and on behalf of all others similarly situated, brings this action against Harry and David and Does 1-10 (collectively "Defendants" or "HARRY AND DAVID") based on Defendants' practice of violating 15 U.S.C. §1681c(g), a provision of the Fair and Accurate Credit Transactions Act ("FACTA") which was enacted by Congress in 2003 to aid in the prevention of identity theft and credit/debit card fraud. Specifically, Section 1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction." (Emphasis added.) As used herein, the phrase "Prohibited Information" refers to the information which 15 U.S.C. § 1681c(g) prohibits from being printed on receipts - i.e., more than the last five digits of the credit card or debit card number or the expiration date of the card. Despite having had several years to bring themselves into compliance with the law, Defendants have willfully violated Section 1681c(g) repeatedly by printing Prohibited Information on credit card or debit card receipts issued to thousands of consumers. Based on these violations, Defendants are liable to Plaintiff and the proposed class of other similarly situated consumers under 15 U.S.C. § 1681n.

## II. THE PARTIES, JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. §1681p and 28 U.S.C. §1331. Venue is proper within this district and division pursuant to 28 U.S.C. §1391(b) because a substantial part of the events and omissions giving rise to the claims occurred in this district, and because there is personal jurisdiction in this district over the sole named defendant.

3. Plaintiff is a resident of the State of California and the County of Los

Erica L. Allen, State Bar No. 234922 (ela@lindelaw.net)
THE LINDE LAW FIRM
9000 Sunset Blvd., Suite 1025
Los Angeles, CA 90069
(310) 203-9333
(310) 203-9233 FAX

Attorneys for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
DEC 2 5 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANRIETTE PIRIAN, on behalf of herself and all others similarly situated,

Plaintiff,

v.

IN-N-OUT BURGERS; and DOES 1 through 10, inclusive,

Defendants.

CASE NO. SACV06 1251 DOC (MLG)

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
**CLASS ACTION**

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

Plaintiff, by her attorneys, brings this action on her own behalf and on behalf of all others similarly situated, and alleges the following upon personal knowledge, or where there is not personal knowledge, upon information and belief:

## INTRODUCTION

1. In 2003, Congress passed and the President signed, the Fair and Accurate Transactions Act ("FACTA") to assist in the prevention of identity theft

and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. §1681c(g) of the Fair Credit Reporting Act), provides that:

> "**No person** that accepts credit cards or debit cards for the transaction of business **shall print more than the last 5 digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder** at the point of the sale or transaction."

3. The law gave merchants who accept credit and/or debit cards up to three years to comply with its requirements, requiring full compliance with its provisions no later than December 4, 2006. Although defendant IN-N-OUT BURGERS and the other Defendants named herein had up to three years to comply, Defendants have willfully violated this law and failed to protect Plaintiff and others similarly situated against identity theft and credit and debit card fraud by continuing to print more than the last five digits of the card number and or the expiration date on receipts provided to debit card and credit card cardholders transacting business with Defendants.

4. Plaintiff on behalf of herself and all others similarly situated brings this action against IN-N-OUT BURGERS and DOES 1 through 10 (hereinafter collectively referred to as "Defendants") based on Defendants' violations of 15 U.S.C. §§ 1681 et seq.

Eric A. Grover, Esq. (CSB# 136080)
Jade Butman, Esq. (CSB# 235920)
Elizabeth A. Acevedo. Esq. (CSB# 227347)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel. (415) 543-1305
Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd. Suite 1200
Encino, California 91436
Tel. (818) 788-8081

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER, A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd. Suite 1200
Encino, California 91436
Tel. (818) 986-8900

FILED
FEB - 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

CW

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORI KESLER, on behalf of herself and all others similarly situated, | Case No: C 07 0714 |
| Plaintiff, | CLASS ACTION |
| v. | COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF |
| IKEA U.S., Inc. and IKEA U.S. WEST, INC. | [15 U.S.C. §§ 1681 et seq.] |
| Defendants. | **DEMAND FOR JURY TRIAL** |

Comes now Plaintiff Cori Kesler ("Plaintiff") on behalf of herself and all others similarly situated and alleges as follows:

## INTRODUCTION

1. In 2003, Congress passed and the *President signed*, the Fair and Accurate Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681c(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements, requiring full compliance with its provisions no later than December 4, 2006. Although Defendants IKEA U.S., Inc. and IKEA U.S. WEST, Inc. (hereinafter collectively referred to as "Defendants" or "IKEA") had up to three years to comply, Defendants have willfully violated this law and failed to protect Plaintiff and others similarly situated against identity theft and credit card and debit card fraud by continuing to



Ira Spiro
SBN 67641, ira@spiromoss.com
J. Mark Moore
SBN 180473, mark@spiromoss.com
Spiro Moss Barness LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiff Taline Soualian, individually and on behalf of all others similarly situated

FILED
2007 JAN 19 PM 3:48

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TALINE SOUALIAN, individually and on behalf of all others similarly situated,

Plaintiff

v.

INTERNATIONAL COFFEE & TEA, LLC and DOES 1-10,

Defendants.

CASE NO. CV 07-00502 (JCx)

**COMPLAINT**

CLASS ACTION

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

Taline Soualian ("Plaintiff"), individually and on behalf of all others similarly situated, alleges as follows:

//

//

//

//

//

## I. INTRODUCTION

1. This is an action pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq*. Plaintiff Taline Soualian ("Plaintiff"), individually and on behalf of all others similarly situated, brings this action against International Coffee & Tea, LLC (dba The Coffee Bean & Tea Leaf) and Does 1-10 (collectively "Defendants" or "COFFEE BEAN") based on Defendants' practice of violating 15 U.S.C. §1681c(g), a provision of the Fair and Accurate Credit Transactions Act ("FACTA") which was enacted by Congress in 2003 to aid in the prevention of identity theft and credit/debit card fraud. Specifically, Section 1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction." (Emphasis added.) As used herein, the phrase "Prohibited Information" refers to the information which 15 U.S.C. § 1681c(g) prohibits from being printed on receipts - i.e., more than the last five digits of the credit card or debit card number or the expiration date of the card. Despite having had several years to bring themselves into compliance with the law, Defendants have willfully violated Section 1681c(g) repeatedly by printing Prohibited Information on credit card or debit card receipts issued to thousands of consumers. Based on these violations, Defendants are liable to Plaintiff and the proposed class of other similarly situated consumers under 15 U.S.C. § 1681n.

## II. THE PARTIES, JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. §1681p and 28 U.S.C. §1331. Venue is proper within this district and division pursuant to 28 U.S.C. §1391(b) because a substantial part of the events and omissions giving rise to the claims occurred in this district, and because there is personal jurisdiction in this district over the sole named defendant.

Chant Yedalian, State Bar No. 222325 (cy@lindelaw.net)
THE LINDE LAW FIRM
9000 Sunset Blvd., Suite 1025
Los Angeles, CA 90069
(310) 203-9333
(310) 203-9233 FAX

Attorneys for Plaintiff

FILED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLBY PLATH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JAMBA JUICE COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 06 8180 GPS (SSx)<br><br>COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF<br>**CLASS ACTION**<br><br>[15 U.S.C. §§ 1681 et seq.]<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, by his attorneys, brings this action on his own behalf and on behalf of all others similarly situated, and alleges the following upon personal knowledge, or where there is not personal knowledge, upon information and belief:

## INTRODUCTION

1. In 2003, Congress passed and the President signed, the Fair and

Accurate Transactions Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

"This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. §1681c(g) of the Fair Credit Reporting Act), provides that:

"**No person** that accepts credit cards or debit cards for the transaction of business **shall print more than the last 5 digits of the card number or the expiration date upon any receipt provided to the cardholder** at the point of the sale or transaction."

3. The law gave merchants who accept credit and/or debit cards up to three years to comply with its requirements, requiring full compliance with its provisions no later than December 4, 2006. Although defendant JAMBA JUICE COMPANY and the other Defendants named herein had up to three years to comply, Defendants have willfully violated this law and failed to protect Plaintiff and others similarly situated against identity theft and credit and debit card fraud by continuing to print more than the last five digits of the card number and or the expiration date on receipts provided to debit card and credit card cardholders transacting business with Defendants.

4. Plaintiff on behalf of himself and all others similarly situated brings this action against JAMBA JUICE COMPANY and DOES 1 through 10 (hereinafter collectively referred to as "Defendants") based on Defendants'

ORIGINAL

Eric A. Grover, Esq. (CSB# 136080)
Valerie L. Sharpe, Esq. (Of Counsel) (CSB# 191344)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel. (415) 543-1305
Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd. Suite 1200
Encino, California 91436
Tel. (818) 788-8081

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER, A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd. Suite 1200
Encino, California 91436
Tel. (818) 986-8900

FILED
2007 FEB 12 PM 2:17

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SAUNDERS, on behalf of himself and all others similarly situated, | Case No.: 01720JC (AN) |
| Plaintiff, | CLASS ACTION |
| v. | COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF |
| THE JOHNNY ROCKETS GROUP, INC. | [15 U.S.C. §§ 1681 et seq.] |
| Defendants. | **DEMAND FOR JURY TRIAL** |

Comes now Plaintiff Michael Saunders ("Plaintiff") on behalf of himself and all others similarly situated and alleges as follows:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed the Fair and Accurate Credit Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681(c)(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

Eric A. Grover, Esq. (CSB# 136080)
Valerie L. Sharpe, Esq. (Of Counsel) (CSB# 191344)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel: (415) 543-1305, Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500, Fax (775) 703-5027

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel: (818) 788-8081, Fax (818) 788-8080

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER**
**A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel. (818) 986-8900, Fax (818) 990-7900

2007 FEB -8 AM 11:17
FILED
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL PRICE, on behalf of himself and all others similarly situated, | ) Case No. CV 07-00921 JFW (CWx) |
| Plaintiff, | ) CLASS ACTION |
| v. | ) COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF |
| K B TOYS, KB TOYS RETAIL, INC. | ) [15 U.S.C. §§ 1681 et seq.] |
| Defendants. | ) **DEMAND FOR JURY TRIAL** |

I/S
20

Comes now Plaintiff Joel Price "Plaintiff") on behalf of himself and all others similarly situated and alleges as follows:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed, the Fair and Accurate Credit Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681(c)(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements,

Douglas A. Linde, State Bar No. 217584 (dal@lindelaw.net.)
Chant Yedalian, State Bar No. 222325 (cy@lindelaw.net)
Erica L. Allen, State Bar No. 234922 (ela@lindelaw.net)
THE LINDE LAW FIRM
9000 Sunset Blvd., Suite 1025
Los Angeles, CA 90069
(310) 203-9333
(310) 203-9233 FAX

Attorneys for Plaintiff

2007 FEB 20 PM 3:55
FILED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RAMON ALVARADO, JR., on behalf of himself and all others similarly situated,

Plaintiff,

v.

LEVI STRAUSS & CO.; and DOES 1 through 10, inclusive,

Defendants.

CASE NO. CV-07-1133-DDP (FFMx)

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
**CLASS ACTION**

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

I/S
5/20

Plaintiff, by his attorneys, brings this action on his own behalf and on behalf of all others similarly situated, and alleges the following upon personal knowledge, or where there is not personal knowledge, upon information and belief:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed, the Fair and Accurate Transactions Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. §1681c(g) of the Fair Credit Reporting Act), provides that:

> "**No person** that accepts credit cards or debit cards for the transaction of business **shall print more than the last 5 digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder** at the point of the sale or transaction."

3. The law gave merchants who accept credit and/or debit cards up to three years to comply with its requirements, requiring full compliance with its provisions no later than December 4, 2006. Although defendant LEVI STRAUSS & CO. and the other Defendants named herein had up to three years to comply, Defendants have willfully violated this law and failed to protect Plaintiff and others similarly situated against identity theft and credit and debit card fraud by continuing to print more than the last five digits of the card number and or the expiration date on receipts provided to debit card and credit card cardholders transacting business with Defendants.

4. Plaintiff on behalf of himself and all others similarly situated brings this action against LEVI STRAUSS & CO. and DOES 1 through 10 (hereinafter collectively referred to as "Defendants") based on Defendants' violations of 15 U.S.C. §§ 1681 et seq.

5. Plaintiff seeks, on behalf of himself and the class, statutory damages, punitive damages, costs and attorneys fees, all of which are expressly made



Ira Spiro (SBN 67641), ispiro@smbhblaw.com
J. Mark Moore (SBN 180473), mmoore@smbhblaw.com
Spiro Moss Barness & Barge LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiff PATRICK J. MCGEE, individually and on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK J. MCGEE, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>LEVY RESTAURANTS, COMPASS GROUP USA, INC., and DOES 1-10,<br><br>Defendants. | CV 06 7762 JFW (FMOx)<br>CASE NO.<br><br>**COMPLAINT**<br><br>[CLASS ACTION]<br><br>[15 U.S.C. §§ 1681 et seq.]<br><br>**DEMAND FOR JURY TRIAL** |

PATRICK J. MCGEE ("Plaintiff"), individually and on behalf of all others similarly situated, alleges as follows.

//

//

//

//

//

//

## I. INTRODUCTION

1. This is an action pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq*. Plaintiff PATRICK J. MCGEE ("Plaintiff"), on behalf of himself and all others similarly situated, brings this action against Defendants LEVY RESTAURANTS, COMPASS GROUP USA, INC. and Does 1-10 (collectively "DEFENDANTS") based on DEFENDANTS' practice of violating 15 U.S.C. §1681c(g), a provision of the Fair and Accurate Credit Transactions Act ("FACTA") which was enacted by Congress in 2003 to aid in the prevention of identity theft and credit/debit card fraud. Specifically, Section 1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction." Despite having had several years to bring themselves into compliance with the law, DEFENDANTS have willfully violated Section 1681c(g) repeatedly with respect to Plaintiff and thousands of customers. Based on these violations, DEFENDANTS are liable to Plaintiff and the proposed class of similarly situated customers as set forth by Congress in 15 U.S.C. §1681n.

## II. THE PARTIES, JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. §1681p and 28 U.S.C. §1331. Venue is proper within this district and division pursuant to 28 U.S.C. §1391(b) because a substantial part of the events and omissions giving rise to the claims occurred in this district, and because there is personal jurisdiction in this district over the sole named defendant.

3. Plaintiff is a resident of the State of California and the County of Los Angeles, and is a "consumer" as defined by §1681a(c) of the FCRA. Pursuant to Fed. Rule of Civ. Proced., Rule 23(a) and 23(b)(3), Plaintiff seeks to represent a nationwide class of consumers, likewise defined by §1681a(c).

4. Defendant LEVY RESTAURANTS ("LEVY") is a privately-held



Eric A. Grover, Esq. (CSB# 136080)
Jade Butman, Esq. (CSB# 235920)
Elizabeth A. Acevedo, Esq. (CSB# 227347)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel. (415) 543-1305
Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd. Suite 1200
Encino, California 91436
Tel. (818) 788-8081

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER, A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd. Suite 1200
Encino, California 91436
Tel. (818) 986-8900

FILED
FEB -2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

BZ

JULIE KOTOZSKY, on behalf of herself and all others similarly situated,

Plaintiff,

v.

LONGS DRUG STORES CORPORATION, LONGS DRUGS STORES, CALIFORNIA, INC.

Defendants.

Case No.: C 07 0713

CLASS ACTION

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

Comes now Plaintiff Julie Kotovsky ("Plaintiff") on behalf of herself and all others similarly situated and alleges as follows:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed, the Fair and Accurate Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681c(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements, requiring full compliance with its provisions no later than December 4, 2006. Although Defendants LONGS DRUGS STORES CORPORATION and LONGS DRUG STORES CALIFORNIA, INC. (hereinafter collectively referred to as "Defendants" or "LONGS") had up to three years to comply, Defendants have willfully violated this law and failed to protect Plaintiff and others similarly situated against identity

Eric A. Grover, Esq. (CSB# 136080)
Valerie L. Sharpe, Esq. (Of Counsel) (CSB# 191344)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel: (415) 543-1305, Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500, Fax (775) 703-5027

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel: (818) 788-8081, Fax (818) 788-8080

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER**
**A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel. (818) 986-8900, Fax (818) 990-7900

FILED
2007 FEB 15 PM 2:09
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SAUNDERS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOUISE'S TRATTORIA, LT ACQUISITIONS CORP., and DOES 1 through 10<br><br>Defendants. | Case No.: CV 07 1060 JSL (RJWx)<br><br>CLASS ACTION<br><br>COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF<br><br>[15 U.S.C. §§ 1681 et seq.]<br><br>**DEMAND FOR JURY TRIAL** |

willfully violated this law and failed to protect Plaintiff and others similarly situated against identity theft and credit card and debit card fraud by continuing to print more than the last five digits of the card number and/or the expiration date on receipts provided to debit card and credit card cardholders transacting business with Defendant.

4. Plaintiff, on behalf of himself and all others similarly situated, brings this action against Defendants based on Defendants' violation of 15 U.S.C. §§ 1681 et seq.

5. Plaintiff seeks, on behalf of himself and the class, statutory damages, punitive damages, costs and attorneys fees, all of which are expressly made available by statute, 15 U.S.C. §§ 1681 et seq., and a permanent injunction enjoining Defendants from continuing their unlawful practice of willfully violating FACTA's provisions intended to safeguard against identity theft and credit and debit card fraud.

**JURISDICTION, VENUE AND INTRADISTRICT ASSIGNMENT**

6. This Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331 and 15 U.S.C. §§ 1681(p).

7. Plaintiff's claims asserted herein arose in this judicial district and all Defendants do business in this judicial district.

8. Venue in this judicial district is proper under 28 U.S.C. § 1391(b) and (c) and 1400(a) in that this is the

Ira Spiro
SBN 67641, ira@spiromoss.com
J. Mark Moore
SBN 180473, mark@spiromoss.com
Spiro Moss Barness LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

FILED

2007 JAN 23 PM 4:13

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

BY ______________

Attorneys for Plaintiff Michael Azoiani, individually and on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EDCV07-0090 VAP (OPx)

MICHAEL AZOIANI, individually and on behalf of all others similarly situated,

Plaintiff

v.

LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., LOVE'S COUNTRY STORES OF CALIFORNIA, and DOES 1-10,

Defendants.

CASE NO.

**COMPLAINT**

CLASS ACTION

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

Michael Azoiani ("Plaintiff"), individually and on behalf of all others similarly situated, alleges as follows.

//

//

//

//

//

## I. INTRODUCTION

1. This is an action pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq*. Plaintiff Michael Azoiani ("Plaintiff"), individually and on behalf of all others similarly situated, brings this action against Love's Travel Stops & Country Stores, Inc., Love's Country Stores of California and Does 1-10 (collectively "Defendants" or "LOVE'S") based on Defendants' practice of violating 15 U.S.C. §1681c(g), a provision of the Fair and Accurate Credit Transactions Act ("FACTA") which was enacted by Congress in 2003 to aid in the prevention of identity theft and credit/debit card fraud. Specifically, Section 1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction." (Emphasis added.) As used herein, the phrase "Prohibited Information" refers to the information which 15 U.S.C. § 1681c(g) prohibits from being printed on receipts - i.e., more than the last five digits of the credit card or debit card number or the expiration date of the card. Despite having had several years to bring themselves into compliance with the law, Defendants have willfully violated Section 1681c(g) repeatedly by printing Prohibited Information on electronically-printed credit card or debit card receipts issued to thousands of consumers, including Plaintiff. Based on these violations, Defendants are liable to Plaintiff and the proposed class of other similarly situated consumers under 15 U.S.C. § 1681n.

## II. THE PARTIES, JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. §1681p and 28 U.S.C. §1331. Venue is proper within this district pursuant to 28 U.S.C. §1391(b) because a substantial part of the events and omissions giving rise to the claims occurred in this district, and because there is personal jurisdiction in this district over the sole named defendant.

FILED

Chant Yedalian, State Bar No. 222335 (cy@lindelaw.net)
THE LINDE LAW FIRM
9000 Sunset Blvd., Suite 1025
Los Angeles, CA 90069
(310) 203-9333
(310) 203-9233 FAX

Attorneys for Plaintiff

2006 DEC 27 AM 10: 14

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PAUL KELLY, on behalf of himself and all others similarly situated,

Plaintiff,

v.

LRW INVESTMENT CO., a California Partnership; and DOES 1 through 10, inclusive,

Defendants.

CASE NO. CV 06 8208 CAS (JWJx)

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
**CLASS ACTION**

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

Plaintiff, by his attorneys, brings this action on his own behalf and on behalf of all others similarly situated, and alleges the following upon personal knowledge, or where there is not personal knowledge, upon information and belief:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed, the Fair and Accurate Transactions Act ("FACTA") to assist in the prevention of identity theft

and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

"This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. §1681c(g) of the Fair Credit Reporting Act), provides that:

"**No person** that accepts credit cards or debit cards for the transaction of business **shall print more than the last 5 digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder** at the point of the sale or transaction."

3. The law gave merchants who accept credit and/or debit cards up to three years to comply with its requirements, requiring full compliance with its provisions no later than December 4, 2006. Although defendant LRW INVESTMENT CO. and the other Defendants named herein had up to three years to comply, Defendants have willfully violated this law and failed to protect Plaintiff and others similarly situated against identity theft and credit and debit card fraud by continuing to print more than the last five digits of the card number and or the expiration date on receipts provided to debit card and credit card cardholders transacting business with Defendants.

4. Plaintiff on behalf of himself and all others similarly situated brings this action against LRW INVESTMENT CO. and DOES 1 through 10 (hereinafter collectively referred to as "Defendants") based on Defendants' violations of 15 U.S.C. §§ 1681 et seq.

ORIGINAL

Eric A. Grover, Esq. (CSB# 136080)
Valerie L. Sharpe, Esq. (Of Counsel) (CSB# 191344)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel: (415) 543-1305, Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500, Fax (775) 703-5027

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel: (818) 788-8081, Fax (818) 788-8080

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER**
**A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel. (818) 986-8900, Fax (818) 990-7900

FILED
2007 FEB -9 PM 2:36
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL PRICE, on behalf of himself and all others similarly situated, | Case No. CV07-00960 JHK (MANx) |
| Plaintiff, | CLASS ACTION |
| v. | COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF |
| LUCKY STRIKE ENTERTAINMENT, INC. | [15 U.S.C. §§ 1681 et seq.] |
| Defendants. | **DEMAND FOR JURY TRIAL** |

Comes now Plaintiff Joel Price ("Plaintiff") on behalf of himself and all others similarly situated and alleges as follows:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed, the Fair and Accurate Credit Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681(c)(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or <u>debit cards up to three years to comply with its requirements,</u>

ORIGINAL

Eric A. Grover, Esq. (CSB# 136080)
Valerie L. Sharpe, Esq. (Of Counsel) (CSB# 191344)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel: (415) 543-1305, Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500, Fax (775) 703-5027

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel: (818) 788-8081, Fax (818) 788-8080

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER**
**A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel. (818) 986-8900, Fax (818) 990-7900

FILED
2007 FEB 13 PM 1:55

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SAUNDERS, on behalf of himself and all others similarly situated, | Case No.: CV07-01021GAF (AJWx) |
| Plaintiff, | CLASS ACTION |
| v. | COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF |
| MANN THEATRES, WF CINEMA HOLDINGS, L.P. | [15 U.S.C. §§ 1681 et seq.] |
| Defendants. | **DEMAND FOR JURY TRIAL** |

Comes now Plaintiff Michael Saunders ("Plaintiff") on behalf of himself and all others similarly situated and alleges as follows:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed the Fair and Accurate Credit Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681(c)(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements,

**ORIGINAL**

Eric A. Grover, Esq. (CSB# 136080)
Valerie L. Sharpe, Esq. (Of Counsel) (CSB# 191344)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel: (415) 543-1305, Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500, Fax (775) 703-5027

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel: (818) 788-8081, Fax (818) 788-8080

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER**
**A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel. (818) 986-8900, Fax (818) 990-7900

FILED
2007 FEB -9 PM 2:10
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET HALL, on behalf of herself and all others similarly situated, | Case No. CV07-00956 AHM (EX) |
| Plaintiff, | CLASS ACTION |
| v. | COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF |
| MARIE CALLENDER'S RESTAURANT, PERKINS & MARIE CALLENDER'S INC. | [15 U.S.C. §§ 1681 et seq.] |
| Defendants. | **DEMAND FOR JURY TRIAL** |

Comes now Plaintiff Janet Hall ("Plaintiff") on behalf of himself and all others similarly situated and alleges as follows:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed the Fair and Accurate Credit Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681(c)(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements,

ORIGINAL

Eric A. Grover, Esq. (CSB# 136080)
Valerie L. Sharpe, Esq. (Of Counsel) (CSB# 191344)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel: (415) 543-1305, Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500, Fax (775) 703-5027

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel: (818) 788-8081, Fax (818) 788-8080

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SAUNDERS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARMALADE LLC<br><br>Defendants. | Case No. CV07-00970MMM(RZx)<br>CLASS ACTION<br><br>COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF<br><br>[15 U.S.C. §§ 1681 et seq.]<br><br>**DEMAND FOR JURY TRIAL** |

Comes now Plaintiff Michael Saunders ("Plaintiff") on behalf of himself and all others similarly situated and alleges as follows:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed the Fair and Accurate Credit Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681(c)(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements,

Eric A. Grover, Esq. (CSB# 136080)
Jade Butman, Esq. (CSB# 235920)
Elizabeth A. Acevedo, Esq. (CSB# 227347)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel. (415) 543-1305
Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd. Suite 1200
Encino, California 91436
Tel. (818) 788-8081

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER, A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd. Suite 1200
Encino, California 91436
Tel. (818) 986-8900

ORIGINAL
FILED
FEB - 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

JSW

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ZACHARY HILE, on behalf of himself and all others similarly situated,

Plaintiff,

v.

MAX RAVE, LLC and G+G RETAIL, INC.

Defendants.

Case No. C 07 0738

CLASS ACTION

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

[15 U.S.C. §§ 1681 et seq]

**DEMAND FOR JURY TRIAL**

Comes now Plaintiff Zachary Hile ("Plaintiff") on behalf of himself and all others similarly situated and alleges as follows:

## INTRODUCTION

1. In 2003, Congress passed and the President signed, the Fair and Accurate Credit Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681c(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements, requiring full compliance with its provisions no later than December 4, 2006. Although Defendants Max Rave, LLC and G+G Retail, Inc. (hereinafter "Defendants") had up to three years to comply, Defendants have willfully violated this law and failed to protect Plaintiff and others similarly situated against identity theft and credit card and debit card fraud by continuing to print more than the last five digits of the card

Ira Spiro
SBN 67641, ira@spiromoss.com
J. Mark Moore
SBN 180473, mark@spiromoss.com
Spiro Moss Barness LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiff Mark S. Negri, individually and on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARK S. NEGRI, individually and on behalf of all others similarly situated,

Plaintiff

v.

MCS BURBANK LLC, METROPOLITAN CULINARY SERVICES, INC. and DOES 1-10,

Defendants.

CASE NO. CV 07-00212 DDP (SSx)

**COMPLAINT**

CLASS ACTION

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

Mark S. Negri ("Plaintiff"), individually and on behalf of all others similarly situated, alleges as follows.

//

//

//

//

//

ORIGINAL

## I. INTRODUCTION

1. This is an action pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq*. Plaintiff Mark S. Negri ("Plaintiff"), individually and on behalf of all others similarly situated, brings this action against defendants MCS Burbank LLC, Metropolitan Culinary Services, Inc. and Does 1-10 (collectively "Defendants" or "MCS") based on Defendants' practice of violating 15 U.S.C. §1681c(g), a provision of the Fair and Accurate Credit Transactions Act ("FACTA") which was enacted by Congress in 2003 to aid in the prevention of identity theft and credit/debit card fraud. Specifically, Section 1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction." (Emphasis added.) As used herein, the phrase "Prohibited Information" refers to the information which 15 U.S.C. § 1681c(g) prohibits from being printed on receipts - i.e., more than the last five digits of the credit card or debit card number or the expiration date of the card. Despite having had several years to bring themselves into compliance with the law, Defendants have willfully violated Section 1681c(g) repeatedly by printing Prohibited Information on credit card or debit card receipts issued to thousands of consumers. Based on these violations, Defendants are liable to Plaintiff and the proposed class of other similarly situated consumers under 15 U.S.C. § 1681n.

## II. THE PARTIES, JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. §1681p and 28 U.S.C. §1331. Venue is proper within this district and division pursuant to 28 U.S.C. §1391(b) because a substantial part of the events and omissions giving rise to the claims occurred in this district, and because there is personal jurisdiction in this district over the sole named defendant.

3. Plaintiff is a resident of the State of California and the County of Los

COPY

Eric A. Grover, Esq. (CSB# 136080)
Valerie L. Sharpe, Esq. (Of Counsel) (CSB# 191344)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel: (415) 543-1305, Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500, Fax (775) 703-5027

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel: (818) 788-8081, Fax (818) 788-8080

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER**
**A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel. (818) 986-8900, Fax (818) 990-7900

FILED
2007 FEB -8 AM 10:59
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
BY

I/S 20

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL PRICE, on behalf of himself and all others similarly situated, | Case No. 07-00920 ER(E) |
| Plaintiff, | CLASS ACTION |
| v. | COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF |
| PACIFIC THEATERS, PACIFIC THEATERS EXHIBITION CORPORATION | [15 U.S.C. §§ 1681 et seq.] |
| Defendants. | **DEMAND FOR JURY TRIAL** |

Comes now Plaintiff Joel Price ("Plaintiff") on behalf of himself and all others similarly situated and alleges as follows:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed, the Fair and Accurate Credit Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681(c)(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements,

Douglas A. Linde, State Bar No. 217584 (dal@lindelaw.net)
Chant Yedalian, State Bar No. 222325 (cy@lindelaw.net)
Erica L. Allen, State Bar No. 234922 (ela@lindelaw.net)
THE LINDE LAW FIRM
9000 Sunset Blvd., Suite 1025
Los Angeles, CA 90069
(310) 203-9333
(310) 203-9233 FAX

Attorneys for Plaintiff

2007 FEB 20 PM 1:02

FILED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PAUL KELLY, on behalf of himself and all others similarly situated,

Plaintiff,

v.

PRG PARKING MANAGEMENT, LLC; and DOES 1 through 10, inclusive,

Defendants.

CASE NO. CV-07-1134-MMM (JWJx)

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
**CLASS ACTION**

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

Plaintiff, by his attorneys, brings this action on his own behalf and on behalf of all others similarly situated, and alleges the following upon personal knowledge, or where there is not personal knowledge, upon information and belief:

## INTRODUCTION

1. In 2003, Congress passed and the President signed, the Fair and Accurate Transactions Act ("FACTA") to assist in the prevention of identity theft

and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. §1681c(g) of the Fair Credit Reporting Act), provides that:

> "**No person** that accepts credit cards or debit cards for the transaction of business **shall print more than the last 5 digits of the card number or the expiration date upon any receipt provided to the cardholder** at the point of the sale or transaction."

3. The law gave merchants who accept credit and/or debit cards up to three years to comply with its requirements, requiring full compliance with its provisions no later than December 4, 2006. Although defendant PRG PARKING MANAGEMENT, LLC and the other Defendants named herein had up to three years to comply, Defendants have willfully violated this law and failed to protect Plaintiff and others similarly situated against identity theft and credit and debit card fraud by continuing to print more than the last five digits of the card number and or the expiration date on receipts provided to debit card and credit card cardholders transacting business with Defendants.

4. Plaintiff on behalf of himself and all others similarly situated brings this action against PRG PARKING MANAGEMENT, LLC and DOES 1 through 10 (hereinafter collectively referred to as "Defendants") based on Defendants' violations of 15 U.S.C. §§ 1681 et seq.

ORIGINAL

Eric A. Grover, Esq. (CSB# 136080)
Valerie L. Sharpe, Esq. (Of Counsel) (CSB# 191344)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel: (415) 543-1305, Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500, Fax (775) 703-5027

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel: (818) 788-8081, Fax (818) 788-8080

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER**
**A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel. (818) 986-8900, Fax (818) 990-7900

FILED 2007 FEB -9 PM 4:10 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JANET HALL, on behalf of herself and all others similarly situated,

Plaintiff,

v.

RED ROBIN BURGER AND SPIRITS EMPORIUMS, RED ROBIN INTERNATIONAL, INC.

Defendants.

Case No. CV07-00978 RGK (AJWx)

CLASS ACTION

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

Comes now Plaintiff Janet Hall ("Plaintiff") on behalf of himself and all others similarly situated and alleges as follows:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed the Fair and Accurate Credit Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681(c)(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements,

Ira Spiro SBN 67641
ira@spiromoss.com
Gregory N. Karasik SBN 115834
greg@spiromoss.com
Spiro Moss Barness LLP[1]
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiff
MICHAEL BATEMAN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MICHAEL BATEMAN, individually and on behalf of all others similarly situated,

Plaintiffs

v.

REGAL CINEMAS, INC.; UNITED ARTISTS THEATRE CIRCUIT, INC.; and DOES 1-10,

Defendants.

CASE NO.

CLASS ACTION

**CLASS ACTION COMPLAINT FOR VIOLATION OF FAIR AND ACCURATE TRANSACTIONS ACT**

[15 U.S.C. § 1681c(g)]

**DEMAND FOR JURY TRIAL**

Michael Bateman ("Plaintiff"), individually and on behalf of all others similarly situated, alleges as follows.

## I. INTRODUCTION

1. This is a class action for violation of the Fair and Accurate Transactions Act ("FACTA"), which added 15 U.S.C. §1681c(g) to the Fair Reporting and Credit

[1] The firm is in the process of changing its name from "Spiro Moss Barness & Barge LLP" to "Spiro Moss Barness LLP."

Act ("FRCA"). On behalf of himself and all others similarly situated, plaintiff Michael Bateman ("Plaintiff") brings this class action against defendants Regal Cinemas, Inc., United Artists Theatre Circuit, Inc. and Does 1-10 (collectively "Defendants") based on Defendants' practice of violating 15 U.S.C. §1681c(g). FACTA was enacted by Congress in 2003 to aid in the prevention of identity theft and credit/debit card fraud. Section 1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction." As used herein, the phrase "Prohibited Information" refers to the information which 15 U.S.C. § 1681c(g) prohibits from being printed on receipts - i.e., more than the last five digits of the credit card or debit card number or the expiration date. Despite having had several years to bring themselves into compliance with the law, Defendants have willfully violated Section 1681c(g) repeatedly by printing Prohibited Information on credit card or debit card receipts issued to thousands of consumers. Based on these violations, Defendants are liable to Plaintiff and the proposed class of other similarly situated consumers under 15 U.S.C. § 1681n.

## II. THE PARTIES, JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1681p and 28 U.S.C. § 1331. Venue is proper within this district pursuant to 28 U.S.C. § 1391(b) because all named Defendants reside in this district.

3. Plaintiff is a resident of the State of California and the County of Los Angeles, and is a "consumer" as defined by 15 U.S.C. § 1681a(c). Pursuant to the Federal Rules of Civil Procedure, Plaintiff seeks to represent a nationwide class of consumers, each who likewise constitutes a "consumer" under § 1681a(c).

4. Defendant Regal Cinemas, Inc. is a Tennessee corporation which maintains its corporate headquarters in Knoxville, Tennessee. Defendant United Artists Theatre Circuit, Inc. is a Maryland corporation which maintains its corporate



Ira Spiro
SBN 67641, ispiro@smbhblaw.com
J. Mark Moore
SBN 180473, mmoore@smbhblaw.com
Spiro Moss Barness & Barge LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiff PARIS ARMSTRONG, individually and on behalf of all others similarly situated

2006 DEC -5 PM 3:58

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

PARIS ARMSTRONG, individually and on behalf of all others similarly situated,

Plaintiff

v.

RITE AID CORPORATION, and DOES 1-10,

Defendants.

CASE NO. CV 06-07716 SVW

[CLASS ACTION]

**COMPLAINT**

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

Paris Armstrong ("Plaintiff"), individually and on behalf of all others similarly situated, alleges as follows.

//

//

//

//

//

ORIGINAL

# I. INTRODUCTION

1. This is an action pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq.* Plaintiff Paris Armstrong ("Plaintiff"), on behalf of herself and others similarly situated, brings this action against Defendants Rite Aid Corporation and Does 1-10 (collectively "Defendants" or "RITE AID") based on Defendants' practice of violating 15 U.S.C. §1681c(g), a provision of the Fair and Accurate Credit Transactions Act ("FACTA") which was enacted by Congress in 2003 to aid in the prevention of identity theft and credit/debit card fraud. Specifically, Section 1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction." Despite having had several years to bring themselves into compliance with the law, Defendants have willfully violated Section 1681c(g) repeatedly with respect to Plaintiff and thousands of customers. Based on these violations, Defendants are liable to Plaintiff and the proposed class of similarly situated customers as set forth by Congress in 15 U.S.C. §1681n.

# II. THE PARTIES, JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. §1681p and 28 U.S.C. §1331. Venue is proper within this district and division pursuant to 28 U.S.C. §1391(b) because a substantial part of the events and omissions giving rise to the claims occurred in this district, and because there is personal jurisdiction in this district over the sole named defendant.

3. Plaintiff is a resident of the State of California and the County of Los Angeles, and is a "consumer" as defined by §1681a(c) of the FCRA.[1] Pursuant to

---

[1] Plaintiff also is the mother-in-law of one of the associate attorneys at her counsel's law firm.

Ira Spiro (SBN 67641)
ira@spiromoss.com
J. Mark Moore (SBN 180473)
mark@spiromoss.com
**Spiro Moss Barness LLP**
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiff DANIEL SHULMAN, individually and on behalf of all others similarly situated

SCANNED

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL SHULMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>RITE AID HDQTRS CORP. and THRIFTY PAYLESS, INC., and DOES 3-10,<br><br>Defendants. | CASE NO. CV 06-7747 SVW (JWJx)<br><br><u>CLASS ACTION</u><br><br>**FIRST AMENDED COMPLAINT**<br><br>[15 U.S.C. §§ 1681 et seq.]<br><br>**DEMAND FOR JURY TRIAL**<br><br>Original Complaint filed: 12/6/06<br>Trial Date: None set |

Daniel Shulman ("Plaintiff"), individually and on behalf of all others similarly situated, alleges as follows.

//

//

//

//

EXHIBIT A

# I. INTRODUCTION

1. This is an action pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq.* Plaintiff Daniel Shulman ("Plaintiff"), on behalf of himself and all others similarly situated, brings this action against Defendants Rite Aid HDQTRS. Corp., Thrifty Payless, Inc. and Does 1-10 (collectively "Defendants") based on Defendants' practice of violating 15 U.S.C. §1681c(g), a provision of the Fair and Accurate Credit Transactions Act ("FACTA") which was enacted by Congress in 2003 to aid in the prevention of identity theft and credit/debit card fraud. Specifically, Section 1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction." Despite having had several years to bring themselves into full compliance with the law, Defendants have willfully and unjustifiably violated Section 1681c(g) repeatedly with respect to Plaintiff and thousands of customers. Based on these violations, Defendants are liable to Plaintiff and the proposed class of similarly situated customers as set forth by Congress in 15 U.S.C. §1681n.

# II. THE PARTIES, JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. §1681p and 28 U.S.C. §1331. Venue is proper within this district and division pursuant to 28 U.S.C. §1391(b) because a substantial part of the events and omissions giving rise to the claims occurred in this district, and because there is personal jurisdiction in this district over the named defendants.

3. Plaintiff is a resident of the State of California and the County of Los Angeles, and is a "consumer" as defined by §1681a(c) of the FCRA. Pursuant to Fed. Rule of Civ. Proced., Rule 23(a) and 23(b)(3), Plaintiff seeks to represent a nationwide class of consumers, likewise defined by §1681a(c).

Eric A. Grover, Esq. (CSB# 136080)
Jade Butman, Esq. (CSB# 235920)
Elizabeth A. Acevedo, Esq. (CSB# 227347)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel. (415) 543-1305
Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd. Suite 1200
Encino, California 91436
Tel. (818) 788-8081

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER, A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd. Suite 1200
Encino, California 91436
Tel. (818) 986-8900

ORIGINAL
FILED
FEB - 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

SBA

**UNITED STATES DISTRICT COUR**
**NORTHERN DISTRICT OF CALIFORNIA**

ZACHARY HILE, on behalf of herself and all others similarly situated,

Plaintiff,

v.

RITZ CAMERA CENTERS, INC.

Defendant.

Case No.: C 07 0716

CLASS ACTION

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

Comes now Plaintiff Zachary Hile ("Plaintiff") on behalf of himself and all others similarly situated and alleges as follows:

INTRODUCTION

1. In 2003, Congress passed and the President signed, the Fair and Accurate Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681c(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements, requiring full compliance with its provisions no later than December 4, 2006. Although Defendant RITZ CAMERA CENTERS, INC. (hereinafter collectively referred to as "Defendant" or "RITZ") had up to three years to comply, Defendant have willfully violated this law and failed to protect Plaintiff and others similarly situated against identity theft and credit card and debit card fraud by continuing to print more than the

Ira Spiro
SBN 67641, ispiro@smbhblaw.com
J. Mark Moore
SBN 180473, mmoore@smbhblaw.com
Spiro Moss Barness & Barge LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

FILED
DEC - 6 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

Attorneys for Plaintiff PATRICK J. MCGEE, individually and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. MCGEE, individually and on behalf of all others similarly situated, | CASE NO. C 06 7496 CRB |
| Plaintiff | COMPLAINT |
| v. | [15 U.S.C. §§ 1681 et seq.] |
| ROSS STORES, INC., and DOES 1-10, | CLASS ACTION |
| Defendants. | DEMAND FOR JURY TRIAL |

FAXED

PATRICK J. MCGEE ("Plaintiff"), individually and on behalf of all others similarly situated, alleges as follows.

//

//

//

//

//

# I. INTRODUCTION

1. This is an action pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq*. Plaintiff PATRICK J. MCGEE ("Plaintiff"), on behalf of himself and others similarly situated, brings this action against Defendants Ross Stores, Inc. and Does 1-10 (collectively "Defendants" or "ROSS") based on Defendants' practice of violating 15 U.S.C. §1681c(g), a provision of the Fair and Accurate Credit Transactions Act ("FACTA") which was enacted by Congress in 2003 to aid in the prevention of identity theft and credit/debit card fraud. Specifically, Section 1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction." Despite having had several years to bring themselves into compliance with the law, Defendants have willfully violated Section 1681c(g) repeatedly with respect to Plaintiff and thousands of customers. Based on these violations, Defendants are liable to Plaintiff and the proposed class of similarly situated customers as set forth by Congress in 15 U.S.C. §1681n.

# II. THE PARTIES, JURISDICTION AND VENUE

## Jurisdiction

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. §1681p and 28 U.S.C. §1331. Venue is proper within this district and division pursuant to 28 U.S.C. §1391(b) because a substantial part of the events and omissions giving rise to the claims occurred in this district, and because there is personal jurisdiction in this district over the sole named defendant.

## The Parties

3. Plaintiff is a resident of the State of California and the County of Los Angeles, and is a "consumer" as defined by §1681a(c) of the FCRA. Pursuant to Fed. Rule of Civ. Proced., Rule 23(a) and 23(b)(3), Plaintiff seeks to represent a

Chant Yedalian, State Bar No. 222325 (cy@lindelaw.net)
THE LINDE LAW FIRM
9000 Sunset Blvd., Suite 1025
Los Angeles, CA 90069
(310) 203-9333
(310) 203-9233 FAX

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TRACY WILSON, on behalf of herself and all others similarly situated,

Plaintiff,

v.

ROSS STORES, INC.; and DOES 1 through 10, inclusive,

Defendants.

CASE NO. CV 06 8156 PA (MAN)

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
**CLASS ACTION**

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

Plaintiff, by her attorneys, brings this action on her own behalf and on behalf of all others similarly situated, and alleges the following upon personal knowledge, or where there is not personal knowledge, upon information and belief:

## INTRODUCTION

1. In 2003, Congress passed and the President signed, the Fair and Accurate Transactions Act ("FACTA") to assist in the prevention of identity theft

and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

"This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. §1681c(g) of the Fair Credit Reporting Act), provides that:

"**No person** that accepts credit cards or debit cards for the transaction of business **shall print more than the last 5 digits of the card number** **or** **the expiration date upon any receipt provided to the cardholder** at the point of the sale or transaction."

3. The law gave merchants who accept credit and/or debit cards up to three years to comply with its requirements, requiring full compliance with its provisions no later than December 4, 2006. Although defendant ROSS STORES, INC. and the other Defendants named herein had up to three years to comply, Defendants have willfully violated this law and failed to protect Plaintiff and others similarly situated against identity theft and credit and debit card fraud by continuing to print more than the last five digits of the card number and or the expiration date on receipts provided to debit card and credit card cardholders transacting business with Defendants.

4. Plaintiff on behalf of herself and all others similarly situated brings this action against ROSS STORES, INC. and DOES 1 through 10 (hereinafter collectively referred to as "Defendants") based on Defendants' violations of 15 U.S.C. §§ 1681 et seq.

ORIGINAL

Eric A. Grover, Esq. (CSB# 136080)
Valerie L. Sharpe, Esq. (Of Counsel) (CSB# 191344)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel: (415) 543-1305, Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500, Fax (775) 703-5027

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel: (818) 788-8081, Fax (818) 788-8080

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER**
**A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel. (818) 986-8900, Fax (818) 990-7900

FILED
2007 FEB -9 PM 2:23
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SAUNDERS, on behalf of himself and all others similarly situated, | Case No. SACV07 0164 CJC (ANx) |
| Plaintiff, | CLASS ACTION |
| v. | COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF |
| ROY'S FAMILY OF RESTAURANTS, INC. | [15 U.S.C. §§ 1681 et seq.] |
| Defendants. | **DEMAND FOR JURY TRIAL** |

IS 20

Comes now Plaintiff Michael Saunders ("Plaintiff") on behalf of himself and all others similarly situated and alleges as follows:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed the Fair and Accurate Credit Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681(c)(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements,

Ira Spiro
SBN 67641, ira@spiromoss.com
J. Mark Moore
SBN 180473, mark@spiromoss.com
Spiro Moss Barness LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiffs Smbat Bagumyan and Shawntalle Negri, individually and on behalf of all others similarly situated

FILED
2007 JAN 22 PM 3:55
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SMBAT BAGUMYAN and SHAWNTALLE NEGRI, individually and on behalf of all others similarly situated,

Plaintiffs

v.

SHOE PAVILION, INC. and DOES 1-10,

Defendants.

CV07-00522 SJO(VBKx)

CASE NO.

**COMPLAINT**

CLASS ACTION

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

115-20

Smbat Bagumyan and Shawntalle Negri ("Plaintiffs"), individually and on behalf of all others similarly situated, allege as follows.

//

//

//

//

## I. INTRODUCTION

1. This is an action pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq*. Plaintiffs Smbat Bagumyan and Shawntalle Negri ("Plaintiffs"), individually and on behalf of all others similarly situated, bring this action against Shoe Pavilion, Inc. and Does 1-10 (collectively "Defendants" or "SHOE PAVILION") based on Defendants' practice of violating 15 U.S.C. §1681c(g), a provision of the Fair and Accurate Credit Transactions Act ("FACTA") which was enacted by Congress in 2003 to aid in the prevention of identity theft and credit/debit card fraud. Specifically, Section 1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction." (Emphasis added.) As used herein, the phrase "Prohibited Information" refers to the information which 15 U.S.C. § 1681c(g) prohibits from being printed on receipts - i.e., more than the last five digits of the credit card or debit card number or the expiration date of the card. Despite having had several years to bring themselves into compliance with the law, Defendants have willfully violated Section 1681c(g) repeatedly by printing Prohibited Information on credit card or debit card receipts issued to thousands of consumers. Based on these violations, Defendants are liable to Plaintiffs and the proposed class of other similarly situated consumers under 15 U.S.C. § 1681n.

## II. THE PARTIES, JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. §1681p and 28 U.S.C. §1331. Venue is proper within this district and division pursuant to 28 U.S.C. §1391(b) because a substantial part of the events and omissions giving rise to the claims occurred in this district, and because there is personal jurisdiction in this district over the sole named defendant.

3. Plaintiffs Smbat Bagumyan and Shawntalle Negril are residents of the

ORIGINAL

Eric A. Grover, Esq. (CSB# 136080)
Valerie L. Sharpe, Esq. (Of Counsel) (CSB# 191344)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel: (415) 543-1305, Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500, Fax (775) 703-5027

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel: (818) 788-8081, Fax (818) 788-8080

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER**
**A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel. (818) 986-8900, Fax (818) 990-7900

FILED
2007 FEB -9 PM 3:34
CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF.
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL PRICE, on behalf of himself and all others similarly situated, | Case No.: CV07-00708 CAS (PJWx) |
| Plaintiff, | CLASS ACTION |
| v. | COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF |
| SHOE PAVILION, INC. | [15 U.S.C. §§ 1681 et seq.] |
| Defendants. | **DEMAND FOR JURY TRIAL** |

I15
20

Comes now Plaintiff Joel Price ("Plaintiff") on behalf of himself and all others similarly situated and alleges as follows:

## INTRODUCTION

1. In 2003, Congress passed and the President signed the Fair and Accurate Credit Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681(c)(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements,

Chant Yedalian, State Bar No. 222325 (cy@lindelaw.net)
THE LINDE LAW FIRM
9000 Sunset Blvd., Suite 1025
Los Angeles, CA 90069
(310) 203-9333
(310) 203-9233 FAX

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MITCHELL MILLER, on behalf of himself and all others similarly situated,

Plaintiff,

v.

SMART & FINAL INC.; SMART & FINAL STORES CORPORATION; and DOES 1 through 10, inclusive,

Defendants.

CASE NO. CV 06 8155 GAF(CW)

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
**CLASS ACTION**

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

I/S 20

Plaintiff, by his attorneys, brings this action on his own behalf and on behalf of all others similarly situated, and alleges the following upon personal knowledge, or where there is not personal knowledge, upon information and belief:

## INTRODUCTION

1. In 2003, Congress passed and the President signed, the Fair and Accurate Transactions Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during

the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. §1681c(g) of the Fair Credit Reporting Act), provides that:

> "**No person** that accepts credit cards or debit cards for the transaction of business **shall print more than the last 5 digits of the card number or the expiration date upon any receipt provided to the cardholder** at the point of the sale or transaction."

3. The law gave merchants who accept credit and/or debit cards up to three years to comply with its requirements, requiring full compliance with its provisions no later than December 4, 2006. Although defendant SMART & FINAL INC. and the other Defendants named herein had up to three years to comply, Defendants have willfully violated this law and failed to protect Plaintiff and others similarly situated against identity theft and credit and debit card fraud by continuing to print more than the last five digits of the card number and or the expiration date on receipts provided to debit card and credit card cardholders transacting business with Defendants.

4. Plaintiff on behalf of himself and all others similarly situated brings this action against SMART & FINAL INC., SMART & FINAL STORES CORPORATION and DOES 1 through 10 (hereinafter collectively referred to as "Defendants") based on Defendants' violations of 15 U.S.C. §§ 1681 et seq.

//

Douglas A. Linde, State Bar No. 217584 (dal@lindelaw.net)
Chant Yedalian, State Bar No. 222325 (cy@lindelaw.net)
Erica L. Allen, State Bar No. 234922 (ela@lindelaw.net)
THE LINDE LAW FIRM
9000 Sunset Blvd., Suite 1025
Los Angeles, CA 90069
(310) 203-9333
(310) 203-9233 FAX

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA CLARK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STEIN MART, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV07-00197 AHM (RCx)<br><br>COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF<br>**CLASS ACTION**<br><br>[15 U.S.C. §§ 1681 et seq.]<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, by her attorneys, brings this action on her own behalf and on behalf of all others similarly situated, and alleges the following upon personal knowledge, or where there is not personal knowledge, upon information and belief:

///

///

///

**INTRODUCTION**

1. In 2003, Congress passed and the President signed, the Fair and Accurate Transactions Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. §1681c(g) of the Fair Credit Reporting Act), provides that:

> "**No person** that accepts credit cards or debit cards for the transaction of business **shall print more than the last 5 digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder** at the point of the sale or transaction."

3. The law gave merchants who accept credit and/or debit cards up to three years to comply with its requirements, requiring full compliance with its provisions no later than December 4, 2006. Although defendant STEIN MART, INC. and the other Defendants named herein had up to three years to comply, Defendants have willfully violated this law and failed to protect Plaintiff and others similarly situated against identity theft and credit and debit card fraud by continuing to print more than the last five digits of the card number and or the expiration date on receipts provided to debit card and credit card cardholders transacting business with Defendants.

4. Plaintiff on behalf of herself and all others similarly situated brings

Eric A. Grover, Esq. (CSB# 136080)
Valerie L. Sharpe, Esq. (Of Counsel) (CSB# 191344)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel: (415) 543-1305, Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500, Fax (775) 703-5027

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel: (818) 788-8081, Fax (818) 788-8080

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER**
**A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel. (818) 986-8900, Fax (818) 990-7900

FILED
2007 FEB -8 PM 3:41

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL SAUNDERS, on behalf of himself and all others similarly situated,

Plaintiff,

v.

T.G.I. FRIDAY'S, INC.

Defendants.

Case No.: CV-07-0969-FMC (SHx)

CLASS ACTION

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

IS
5|20

Comes now Plaintiff Michael Saunders ("Plaintiff") on behalf of himself and all others similarly situated and alleges as follows:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed the Fair and Accurate Credit Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681(c)(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements,

Ira Spiro
SBN 67641, ira@spiromoss.com
J. Mark Moore
SBN 180473, mark@spiromoss.com
Spiro Moss Barness LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiff Alis Bersekian, individually and on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALIS BERSEKIAN, individually and on behalf of all others similarly situated,

Plaintiff

v.

TJ MAXX OF CA, LLC, THE TJX COMPANIES, INC. and DOES 1-10,

Defendants.

CASE NO. CV 07 0503 R(JWJx)

**COMPLAINT**

[CLASS ACTION]

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

Alis Bersekian ("Plaintiff"), individually and on behalf of all others similarly situated, alleges as follows.

//

//

//

//

//

## I. INTRODUCTION

1. This is an action pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq.* Plaintiff Alis Bersekian ("Plaintiff"), individually and on behalf of all others similarly situated, brings this action against defendants T.J. MAXX OF CA, LLC, THE TJX COMPANIES, INC. and Does 1-10 (collectively "Defendants" or "T.J. MAXX") based on Defendants' practice of violating 15 U.S.C. §1681c(g), a provision of the Fair and Accurate Credit Transactions Act ("FACTA") which was enacted by Congress in 2003 to aid in the prevention of identity theft and credit/debit card fraud. Specifically, Section 1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction." (Emphasis added.) As used herein, the phrase "Prohibited Information" refers to the information which 15 U.S.C. § 1681c(g) prohibits from being printed on receipts - i.e., more than the last five digits of the credit card or debit card number or the expiration date of the card. Despite having had several years to bring themselves into compliance with the law, Defendants have willfully violated Section 1681c(g) repeatedly by printing Prohibited Information on credit card or debit card receipts issued to thousands of consumers. Based on these violations, Defendants are liable to Plaintiff and the proposed class of other similarly situated consumers under 15 U.S.C. § 1681n.

## II. THE PARTIES, JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. §1681p and 28 U.S.C. §1331. Venue is proper within this district pursuant to 28 U.S.C. §1391(b) because a substantial part of the events and omissions giving rise to the claims occurred in this district, and because there is personal jurisdiction in this district over the sole named defendant.

3. Plaintiff is a resident of the State of California and the County of Los

Eric A. Grover, Esq. (CSB# 136080)
Valerie L. Sharpe, Esq. (Of Counsel) (CSB# 191344)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel: (415) 543-1305, Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500, Fax (775) 703-5027

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel: (818) 788-8081, Fax (818) 788-8080

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER**
**A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel. (818) 986-8900, Fax (818) 990-7900

FILED
2007 FEB 16 PM 2:27

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JANET HALL and PAR DANNAS on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

TONY ROMA'S ARCADIA, TONY ROMA'S INC., ROMA CORP., and DOES 1 through 10

Defendants.

Case No.: CV07- 4AHM (FMOx)

CLASS ACTION

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

Comes now Plaintiffs Janet Hall and Par Dannas ("Plaintiffs") on behalf of themselves and all others similarly situated and allege as follows:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed the Fair and Accurate Credit Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681(c)(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements, requiring full compliance with its provisions no later than December 4, 2006. Although Defendants TONY ROMA'S ARCADIA, TONY ROMA'S INC., ROMA CORP., and DOES 1 through 10 (hereinafter collectively referred to as "Defendants" or "TONY ROMA'S"), had up to three years to comply, Defendants have

Eric A. Grover, Esq. (CSB# 136080)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel. (415) 543-1305
Fax (415) 543-7681
eagrover@kellergrover.com

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500
laborlawyer@pacbell.net

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd. Suite 1200
Encino, California 91436
Tel. (818) 788-8081
millaw@sbcglobal.net

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER, PLC**
16133 Ventura Blvd. Suite 1200
Encino, California 91436
Tel. (818) 986-8900
stevenlmiller@sbcglobal.net
Attorneys for Plaintiff
JANET HALL

FILED

2007 MAY 22 AM 11:01

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANET HALL, on behalf of herself and all others similarly situated, | Case No. CV 07-03336 FMC (JTLx) |
| Plaintiff, | **CLASS ACTION** |
| v. | **COMPLAINT FOR DAMAGES** |
| TOP ROBIN VENTURES, INC | [15 U.S.C. §§ 1681 *et seq.*] |
| Defendant. | **JURY TRIAL DEMANDED** |

IS 20

BY FAX

Comes now Plaintiff Janet Hall ("Plaintiff") on behalf of herself and all others similarly situated and alleges as follows:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed, the Fair and Accurate Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681c(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements, requiring full compliance with its provisions no later than December 4, 2006. Although Defendant Top Robin Ventures, Inc. (hereinafter referred to as "Defendant" or "Top Robin Ventures") had up to three years to comply, Defendant has willfully violated this law and failed to protect Plaintiff and others similarly situated against identity theft and credit card and debit card fraud by continuing to print more than the last five digits of the card number and/or the expiration date on receipts provided to debit card and credit card cardholders transacting business with Defendant.

4. Plaintiff, on behalf of herself and all others similarly situated, brings this action against Defendant based on Defendant's violation of 15 U.S.C. §§ 1681 *et seq.*

Ira Spiro
SBN 67641, ispiro@smbhblaw.com
J. Mark Moore
SBN 180473, mmoore@smbhblaw.com
Spiro Moss Barness & Barge LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiffs Nicola Edwards and James Schley, individually and on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NICOLA EDWARDS and JAMES SCHLEY, individually and on behalf of all others similarly situated,

Plaintiffs

v.

TOYS 'R' US - DELAWARE, INC. and DOES 1-10,

Defendants.

CASE NO. CV06-08163

**COMPLAINT**

[15 U.S.C. §§ 1681 et seq.]

CLASS ACTION

**DEMAND FOR JURY TRIAL**

Nicola Edwards and James Schley ("Plaintiffs"), individually and on behalf of all others similarly situated, allege as follows.

//

//

//

//

//

## I. INTRODUCTION

1. This is an action pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq*. Plaintiffs Nicola Edwards and James Schley ("Plaintiffs"), on behalf of themselves and all others similarly situated, bring this action against Defendants Toys 'R' Us - Delaware, Inc. and Does 1-10 (collectively "Defendants" or "TOYS 'R' US") based on Defendants' practice of violating 15 U.S.C. §1681c(g), a provision of the Fair and Accurate Credit Transactions Act ("FACTA") which was enacted by Congress in 2003 to aid in the prevention of identity theft and credit/debit card fraud. Specifically, Section 1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction." Despite having had several years to bring themselves into compliance with the law, Defendants have willfully violated Section 1681c(g) repeatedly with respect to Plaintiffs and thousands of customers. TOYS 'R US's violations include, but may not be not limited to, the printing of at least nine or ten digits of customers' card numbers on receipts at stores in various locations, including this district. Based on these violations, Defendants are liable to Plaintiffs and the proposed class of similarly situated customers as set forth by Congress in 15 U.S.C. §1681n.

## II. THE PARTIES, JURISDICTION AND VENUE

### Jurisdiction

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. §1681p and 28 U.S.C. §1331. Venue is proper within this district and division pursuant to 28 U.S.C. §1391(b) because a substantial part of the events and omissions giving rise to the claims occurred in this district, and because there is personal jurisdiction in this district over the sole named defendant.

Erica L. Allen, State Bar No. 234922 (ela@lindelaw.net)
THE LINDE LAW FIRM
9000 Sunset Blvd., Suite 1025
Los Angeles, CA 90069
(310) 203-9333
(310) 203-9233 FAX

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MITCHELL MILLER, on behalf of himself and all others similarly situated,

Plaintiff,

v.

TOYS "R" US-DELAWARE, INC.; and DOES 1 through 10, inclusive,

Defendants.

CASE NO. CV 06-08181 DDP (MANx)

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
**CLASS ACTION**

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

Plaintiff, by his attorneys, brings this action on his own behalf and on behalf of all others similarly situated, and alleges the following upon personal knowledge, or where there is not personal knowledge, upon information and belief:

**INTRODUCTION**

1. In 2003. Congress passed and the President signed, the Fair and

Accurate Transactions Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. §1681c(g) of the Fair Credit Reporting Act), provides that:

> "**No person** that accepts credit cards or debit cards for the transaction of business shall **print more than the last 5 digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder** at the point of the sale or transaction."

3. The law gave merchants who accept credit and/or debit cards up to three years to comply with its requirements, requiring full compliance with its provisions no later than December 4, 2006. Although defendant TOYS "R" US-DELAWARE, INC. and the other Defendants named herein had up to three years to comply, Defendants have willfully violated this law and failed to protect Plaintiff and others similarly situated against identity theft and credit and debit card fraud by continuing to print more than the last five digits of the card number and or the expiration date on receipts provided to debit card and credit card cardholders transacting business with Defendants.

4. Plaintiff on behalf of himself and all others similarly situated brings this action against TOYS "R" US-DELAWARE, INC. and DOES 1 through 10 (hereinafter collectively referred to as "Defendants") based on Defendants'

Ira Spiro, SBN 67641 (ispiro@smbhblaw.com)
J. Mark Moore, SBN 180473 (mmoore@smbhblaw.com)
Spiro Moss Barness LLP[1]
11377 West Olympic Blvd., 5th Floor
Los Angeles, CA 90064
(310) 235-2468
(310) 235-2456 FAX

Douglas A. Linde, SBN 217584 (dal@lindelaw.net)
Chant Yedalian, SBN 222325 (cy@lindelaw.net)
Erica L. Allen, SBN 234922 (ela@lindelaw.net)
THE LINDE LAW FIRM
9000 Sunset Blvd., Suite 1025
Los Angeles, CA 90069
(310) 203-9333
(310) 203-9233 FAX

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN TILZER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>URBAN OUTFITTERS, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 07-00106<br><br>COMPLAINT FOR DAMAGES<br>**CLASS ACTION**<br><br>[15 U.S.C. §§ 1681 et seq.]<br><br>**DEMAND FOR JURY TRIAL** |

[1] The law firm is in the process of changing its name from Spiro Moss Barness & Barge LLP to Spiro Moss Barness LLP.

Plaintiff, by his attorneys, brings this action on his own behalf and on behalf of all others similarly situated, and alleges the following upon personal knowledge, or where there is not personal knowledge, upon information and belief:

## INTRODUCTION

1. In 2003, Congress passed and the President signed, the Fair and Accurate Transactions Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. §1681c(g) of the Fair Credit Reporting Act), provides that:

> "**No person** that accepts credit cards or debit cards for the transaction of business **shall print more than the last 5 digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder** at the point of the sale or transaction."

3. The law gave merchants who accept credit and/or debit cards up to three years to comply with its requirements, requiring full compliance with its provisions no later than December 4, 2006. Although defendant URBAN OUTFITTERS, INC. and the other Defendants named herein had up to three years to comply, Defendants have willfully violated this law and failed to protect Plaintiff and others similarly situated against identity theft and credit and debit card fraud by continuing to print more than the last five digits of the card number

ORIGINAL

Eric A. Grover, Esq. (CSB# 136080)
Valerie L. Sharpe, Esq. (Of Counsel) (CSB# 191344)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel: (415) 543-1305, Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500, Fax (775) 703-5027

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel: (818) 788-8081, Fax (818) 788-8080

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER**
**A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel. (818) 986-8900, Fax (818) 990-7900

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ERIK J. KHOROVSKY, on behalf of himself and all others similarly situated,

Plaintiff,

v.

THE VITAMIN SHOPPE, VITAMIN SHOPPE INDUSTRIES, INC.

Defendants.

Case No.: CV 07 0997 DDP (RCx)

CLASS ACTION

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

[15 U.S.C. §§ 1681 et seq.]

**DEMAND FOR JURY TRIAL**

Comes now Plaintiff Erik J. Khorovsky ("Plaintiff") on behalf of himself and all others similarly situated and alleges as follows:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed the Fair and Accurate Credit Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681(c)(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements,

Ira Spiro
SBN 67641, ira@spiromoss.com
J. Mark Moore
SBN 180473, mark@spiromoss.com
Spiro Moss Barness LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiff Serge Torossian, individually and on behalf of all others similarly situated

FILED
2007 JAN 22 PM 4:02
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERGE TOROSSIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>VITAMIN SHOPPE INDUSTRIES, INC. and DOES 1-10,<br><br>Defendants. | CASE NO. RGK (CTx)<br><br>**COMPLAINT**<br><br>CLASS ACTION<br><br>[15 U.S.C. §§ 1681 et seq.]<br><br>**DEMAND FOR JURY TRIAL** |

Serge Torossian ("Plaintiff"), individually and on behalf of all others similarly situated, alleges as follows.

//

//

//

//

//

## I. INTRODUCTION

1. This is an action pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq*. Plaintiff Serge Torossian ("Plaintiff"), individually and on behalf of all others similarly situated, brings this action against Vitamin Shoppe Industries, Inc. and Does 1-10 (collectively "Defendants" or "VITAMIN SHOPPE") based on Defendants' practice of violating 15 U.S.C. §1681c(g), a provision of the Fair and Accurate Credit Transactions Act ("FACTA") which was enacted by Congress in 2003 to aid in the prevention of identity theft and credit/debit card fraud. Specifically, Section 1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction." (Emphasis added.) As used herein, the phrase "Prohibited Information" refers to the information which 15 U.S.C. § 1681c(g) prohibits from being printed on receipts - i.e., more than the last five digits of the credit card or debit card number or the expiration date of the card. Despite having had several years to bring themselves into compliance with the law, Defendants have willfully violated Section 1681c(g) repeatedly by printing Prohibited Information on credit card or debit card receipts issued to thousands of consumers. Based on these violations, Defendants are liable to Plaintiff and the proposed class of other similarly situated consumers under 15 U.S.C. § 1681n.

## II. THE PARTIES, JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. §1681p and 28 U.S.C. §1331. Venue is proper within this district and division pursuant to 28 U.S.C. §1391(b) because a substantial part of the events and omissions giving rise to the claims occurred in this district, and because there is personal jurisdiction in this district over the sole named defendant.

Eric A. Grover, Esq. (CSB# 136080)
Valerie L. Sharpe, Esq. (Of Counsel) (CSB# 191344)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel: (415) 543-1305, Fax (415) 543-7681

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500, Fax (775) 703-5027

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel: (818) 788-8081, Fax (818) 788-8080

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER**
**A PROFESSIONAL LAW COPRORATION**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
Tel. (818) 986-8900, Fax (818) 990-7900

2007 FEB -8 AM 11:27
FILED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL PRICE, on behalf of himself and all others similarly situated, | Case No. CV07-00922 |
| Plaintiff, | CLASS ACTION |
| v. | COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF |
| THE WET SEAL, INC., ARDEN B. | [15 U.S.C. §§ 1681 et seq.] |
| Defendants. | **DEMAND FOR JURY TRIAL** |

Comes now Plaintiff Joel Price ("Plaintiff") on behalf of himself and all others similarly situated and alleges as follows:

**INTRODUCTION**

1. In 2003, Congress passed and the President signed, the Fair and Accurate Credit Transaction Act ("FACTA") to assist in the prevention of identity theft and credit and debit card fraud. In the statement provided by the President during the signing of the bill, the President declared that:

> "This bill also confronts the problem of identity theft. A growing number of Americans are victimized by criminals who assume their identities and cause havoc in their financial affairs. With this legislation, the Federal Government is protecting our citizens by taking the offensive against identity theft."

2. A main provision of FACTA (codified as 15 U.S.C. § 1681(c)(g) of the Fair Credit Reporting Act) provides that:

> "No person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number <u>or</u> the expiration date upon any receipt provided to the cardholder at the point of sale or transaction."

3. The law gave merchants who accept credit card and/or debit cards up to three years to comply with its requirements,

Ira Spiro SBN 67641
ira@spiromoss.com
Gregory N. Karasik SBN 115834
greg@spiromoss.com
Spiro Moss Barness LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiff
MICHAEL BATEMAN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MICHAEL BATEMAN, individually and on behalf of all others similarly situated,

Plaintiffs

v.

WF CINEMA HOLDINGS, L.P.; and DOES 1-10,

Defendants.

CASE NO. CV 07-00213

CLASS ACTION

**CLASS ACTION COMPLAINT FOR VIOLATION OF FAIR AND ACCURATE CREDIT TRANSACTIONS ACT**

[15 U.S.C. § 1681c(g)]

**DEMAND FOR JURY TRIAL**

Michael Bateman ("Plaintiff"), individually and on behalf of all others similarly situated, alleges as follows.

## I. INTRODUCTION

1. This is a class action for violation of the Fair and Accurate Credit Transactions Act ("FACTA"), which added 15 U.S.C. §1681c(g) to the Fair Reporting and Credit Act ("FRCA"). On behalf of himself and all others similarly situated, plaintiff Michael Bateman ("Plaintiff") brings this class action against

ORIGINAL

defendants WF Cinema Holdings, L.P. and Does 1-10 (collectively "Defendants") based on Defendants' practice of violating 15 U.S.C. §1681c(g). FACTA was enacted by Congress in 2003 to aid in the prevention of identity theft and credit/debit card fraud. Section 1681c(g) provides that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last five digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction." As used herein, the phrase "Prohibited Information" refers to the information which 15 U.S.C. § 1681c(g) prohibits from being printed on receipts - i.e., more than the last five digits of the credit card or debit card number or the expiration date. Despite having had several years to bring themselves into compliance with the law, Defendants have willfully violated Section 1681c(g) repeatedly by printing Prohibited Information on credit card or debit card receipts issued to thousands of consumers. Based on these violations, Defendants are liable to Plaintiff and the proposed class of other similarly situated consumers under 15 U.S.C. § 1681n.

## II. THE PARTIES, JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1681p and 28 U.S.C. § 1331. Venue is proper within this district pursuant to 28 U.S.C. § 1391(b) because all named Defendants reside in this district and a substantial part of the events or omissions giving rise to the claim occurred in this district.

3. Plaintiff is a resident of the State of California and the County of Los Angeles, and is a "consumer" as defined by 15 U.S.C. § 1681a(c). Pursuant to the Federal Rules of Civil Procedure, Plaintiff seeks to represent a nationwide class of consumers, each who likewise constitutes a "consumer" under § 1681a(c).

4. Defendant WF Cinema Holdings, L.P. is a limited partnership organized under the law of Delaware, which has listed its address with the California Secretary of State as being in Norwalk, Connecticut, but maintains its principal place of business in Encino, California. Plaintiff is unaware of the true names of defendants

# EXHIBIT B

I

110TH CONGRESS
1ST SESSION

# H. R. 4008

To amend the Fair Credit Reporting Act to make technical corrections to the definition of willful noncompliance with respect to violations involving the printing of an expiration date on certain credit and debit card receipts before the date of the enactment of this Act.

---

IN THE HOUSE OF REPRESENTATIVES

OCTOBER 30, 2007

Mr. MAHONEY of Florida (for himself, Mr. LAMPSON, Mr. HODES, Mr. HILL, Ms. BEAN, Mr. MATHESON, Mr. BARROW, Mr. BACHUS, Mr. KLEIN of Florida, and Mrs. BACHMANN) introduced the following bill; which was referred to the Committee on Financial Services, and in addition to the Committee on the Judiciary, for a period to be subsequently determined by the Speaker, in each case for consideration of such provisions as fall within the jurisdiction of the committee concerned

---

# A BILL

To amend the Fair Credit Reporting Act to make technical corrections to the definition of willful noncompliance with respect to violations involving the printing of an expiration date on certain credit and debit card receipts before the date of the enactment of this Act.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

**SECTION 1. SHORT TITLE.**

This Act may be cited as the "Credit and Debit Card Receipt Clarification Act of 2007".

**SEC. 2. FINDINGS; PURPOSE.**

(a) FINDINGS.—The Congress finds as follows:

(1) The Fair and Accurate Credit Transactions Act (commonly referred to as "FACTA" ) was enacted into law in 2003 and 1 of the purposes of such Act is to prevent criminals from obtaining access to consumers' private financial and credit information in order to reduce identity theft and credit card fraud.

(2) As part of that law, the Congress enacted a requirement, through an amendment to the Fair Credit Reporting Act, that no person that accepts credit cards or debit cards for the transaction of business shall print more than the last 5 digits of the card number or the expiration date upon any receipt provided to the card holder at the point of the sale or transaction.

(3) Many merchants understood that this requirement would be satisfied by truncating the account number down to the last 5 digits based in part on the language of the provision as well as the publicity in the aftermath of the passage of the law.

(4) Almost immediately after the deadline for compliance passed, hundreds of lawsuits were filed alleging that the failure to remove the expiration date was a willful violation of the Fair Credit Re-

porting Act even where the account number was properly truncated.

(5) None of these lawsuits contained an allegation of harm to any consumer's identity.

(6) Experts in the field agree that proper truncation of the card number, by itself as required by the amendment made by the Fair and Accurate Credit Transactions Act, regardless of the inclusion of the expiration date, prevents a potential fraudster from perpetrating identity theft or credit card fraud.

(7) Despite repeatedly being denied class certification, the continued appealing and filing of these lawsuits represents a significant burden on the hundreds of companies that have been sued and could well raise prices to consumers without corresponding consumer protection benefit.

(b) PURPOSE.—The purpose of this Act is to ensure that consumers suffering from any actual harm to their credit or identity are protected while simultaneously limiting abusive lawsuits that do not protect consumers but only result in increased cost to business and potentially increased prices to consumers.

**SEC. 3. CLARIFICATION OF WILLFUL NONCOMPLIANCE FOR ACTIONS BEFORE THE DATE OF THE ENACTMENT OF THIS ACT.**

(a) IN GENERAL.—Section 616 of the Fair Credit Reporting Act (15 U.S.C. 1681n) is amended by adding at the end the following new subsection:

"(d) CLARIFICATION OF WILLFUL NONCOMPLIANCE.—For the purposes of this section, any person who printed an expiration date on any receipt provided to a consumer cardholder at a point of sale or transaction between December 4, 2004, and the date of the enactment of this subsection but otherwise complied with the requirements of section 605(g) for such receipt shall not be in willful noncompliance with section 605(g) by reason of printing such expiration date on the receipt.".

(b) SCOPE OF APPLICATION.—The amendment made by subsection (a) shall apply to any action, other than an action which has become final, that is brought for a violation of 605(g) of the Fair Credit Reporting Act to which such amendment applies without regard to whether such action is brought before or after the date of the enactment of this Act.

○