SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEPHANIE SHERIDAN  Bar No. 135910
MICHAEL N. WESTHEIMER  Bar No. 178938
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: Stephanie.sheridan@sdma.com
       Michael.westheimer@sdma.com

Attorneys for Defendant
TUMI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR GAMALY, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TUMI, INC.,<br><br>Defendant. | CASE NO. C07-04758 JF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TUMI, INC.'S MOTION TO DISMISS**<br><br>Date:  January 4, 2008<br>Time:  9:00 a.m.<br>Judge: Hon. Jeremy Fogel<br>Ctrm:  3, 5th Floor |

Defendant Tumi, Inc's Motion to Dismiss in the action of Plaintiff Victor Gamaly for alleged willful violation of the Fair and Accurate Credit Transactions Act ("FACTA"), 15 U.S.C. § 1681c(g), came on regularly for hearing before this Court. Good cause appearing, this Court orders as follows:

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is GRANTED. Plaintiff's action is dismissed because the allegations in Plaintiff's Complaint are insufficient as

///
///
///
///
///

SF/1464308v1

CASE NO. C07-04758 JF
ORDER

1  a matter of law to state a claim of willful violation of FACTA under the federal pleadings
2  requirements. Bell Atlantic Corp. v. Twombly, 550 U.S. __, 127 S. Ct. 1955 (May 1, 2007).
3      IT IS SO ORDERED.
4  DATED:

By:_____
Hon. Jeremy Fogel
United States District Judge