1

2                                          **E-filed 12/19/07**

3

4

5

6

7        UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
                                    CALIFORNIA
                                SAN JOSE DIVISION

8

9

10   VICTOR GAMALY,

11                                          No. C-07-4758-JF

          Plaintiff,

12
          v.                                Clerks's Notice

13
     TUMI, INC.,

14

15        Defendants.
     _____

16

17   To: All Counsel and Parties in the above named action.

18   The Court has rescheduled the Case Management Conference
     currently scheduled for January 11, 2008. The new hearing date is
19   Friday, February 15, 2008 at 10:30 AM.    The parties may appear
     by telephone by contacting Court Call at 866-582-6878 in advance
20   of the hearing.

21   Please to report to Courtroom 3, on the 5th floor, United States
     District Courthouse, 280 South First Street, San Jose, CA 95113.

22

23

24   Dated: 12/19/07                  For the Court,
                                       Richard W. Wieking, Clerk
25
                                       Diana Munz
26                                     electronic signature
                                       Courtroom Deputy
27

28