UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Victor Gamaly,

                Plaintiff(s),

    v.

TUMI, Inc.

                Defendant(s).

CASE NO. C-07-04758 JF

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

[X] have not yet reached an agreement to an ADR process

[ ] request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference    February 15, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Pierce Gore, Esq. | Plaintiff | 408.879.7444 | piercegore@gorelawfirm.com |
| Stephanie Sheridan, Esq. | Defendant | 415.781.7900 | Stephanie.Sheridan@sdma.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: February 5, 2008         /s/ (Authorized 02/05/08)
                                  Attorney for Plaintiff
                                  Pierce Gore, Esq.

Dated: February 5, 2008         /s/
                                  Attorney for Defendant
                                  Stephanie Sheridan, Esq.

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

NDC-17