SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEPHANIE A. SHERIDAN (Bar No. 135910)
ALISON A. WILLIAMS (Bar No. 251689)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: kevin.dunne@sdma.com
stephanie.sheridan@sdma.com
alison.williams@sdma.com

Attorneys for Defendant
TUMI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR GAMALY, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TUMI, INC.; DOES 1 through 10,<br><br>Defendant. | CASE NO. C 07-04758 JF<br><br>**NOTICE OF CHANGE OF COUNSEL** |

Defendant Tumi, Inc. requests that Michael Neil Westheimer (michael.westheimer@bakernet.com) and Theresa Jacobson (theresa.jacobson@bakernet.com) be removed from the e-filing service list for this matter. Michael Neil Westheimer is no longer with this firm.

Dated: February 5, 2008.   SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____/s/_____
Stephanie A. Sheridan
Attorneys for Defendant
TUMI, INC.

SF/1478537v1

1.   CASE NO. C 07-04758 JF
NOTICE OF CHANGE OF COUNSEL