UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, February 15, 2008
**Case Number:** CV-07-4758-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | VICTOR GAMALY  V.  TUMI INC. | |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | Attorneys Present:  Pierce Gore | Attorneys Present:  Stephanie Sheridan |

PROCEEDINGS:

Hearing on Motion for Partial Summary Judgment held.  Parties are present. The motion is taken under submission.