1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   STEPHANIE SHERIDAN (Bar No. 135910)
2  ALISON WILLIAMS (Bar No. 251689)
   One Market Plaza, Steuart Tower, 8th Floor
3  San Francisco, California 94105
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635
   Email: stephanie.sheridan@sdma.com
5         alison.williams@sdma.com

6  Attorneys for Defendant
   TUMI, INC.
7

8  Pierce Gore (State Bar No. 128515)
   GORE LAW FIRM
9  900 East Hamilton Avenue, Suite 100
   Campbell, CA 95008
10 Telephone: (408) 879-7444
11 Facsimile: (408) 376-0757
   Email: *piercegore@gorelawfirm.com*
12

13 Attorney for Plaintiff
   VICTOR GAMALY

14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                       SAN JOSE DIVISION

18

| | |
|---|---|
| VICTOR GAMALY, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TUMI, INC.; DOES 1 through 10,<br><br>Defendant. | CASE NO. C 07-04758 JF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:   Honorable Jeremy Fogel |

26  ///
27  ///
28  ///

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to FRCP 41(a)(1). Each party is to bear its own attorneys' fees and costs.

4  DATED: July 5, 2008        GORE LAW FIRM

6                              By: _____Pierce Gore_____
7                              Pierce Gore
                                Attorney for Plaintiff
                                VICTOR GAMALY

10 DATED: July 8, 2008        SEDGWICK, DETERT, MORAN & ARNOLD LLP

12                             By: _____Stephanie Sheridan_____
                                Stephanie Sheridan
13                              Attorneys for Defendant
                                TUMI, INC.