SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEPHANIE SHERIDAN  (Bar No. 135910)
ALISON WILLIAMS      (Bar No. 251689)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: *stephanie.sheridan@sdma.com*

Attorneys for Defendant
TUMI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR GAMALY, individually and on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TUMI, INC.; DOES 1 through 10,<br><br>　　　　Defendant. | CASE NO. C 07-04758 JF<br><br>**[PROPOSED] ORDER FOR DISMISSAL** |

　　The parties to this action submitted to the court a Stipulation for Dismissal with Prejudice on July 9, 2008, a copy of which is attached.

　　The Court Orders that this matter is hereby dismissed, with each party to bear its own attorneys fees and cost.

IT IS SO ORDERED.

Dated: August_____, 2008

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Honorable Jeremy Fogel
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEPHANIE SHERIDAN (Bar No. 135910)
ALISON WILLIAMS (Bar No. 251689)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: stephanie.sheridan@sdma.com
       alison.williams@sdma.com

Attorneys for Defendant
TUMI, INC.

Pierce Gore (State Bar No. 128515)
GORE LAW FIRM
900 East Hamilton Avenue, Suite 100
Campbell, CA 95008
Telephone: (408) 879-7444
Facsimile: (408) 376-0757
Email: *piercegore@gorelawfirm.com*

Attorney for Plaintiff
VICTOR GAMALY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR GAMALY, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TUMI, INC.; DOES 1 through 10,<br><br>Defendant. | CASE NO. C 07-04758 JF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:   Honorable Jeremy Fogel |

///

///

///

1.

STIPULATION FOR DISMISSAL WITH PREJUDICE

CASE NO. C 07-04758 JF

SF/1515281v1

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to FRCP 41(a)(1). Each party is to bear its own attorneys' fees and costs.

4  DATED: July 5, 2008         GORE LAW FIRM

6                               By: *Pierce Gore*
7                               Pierce Gore
                                Attorney for Plaintiff
                                VICTOR GAMALY

10 DATED: July 8, 2008         SEDGWICK, DETERT, MORAN & ARNOLD LLP

12                              By: *Stephanie Sheridan*
                                Stephanie Sheridan
13                              Attorneys for Defendant
                                TUMI, INC.

<u>Victor Gamaly v. Tumi, Inc.</u>
U.S.D.C., Northern District of California, Case No. C07-04758 JF

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On July 9, 2008, I served the within document(s):

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

- ☐ **FACSIMILE** - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

- ☐ **MAIL** - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

- ☐ **PERSONAL SERVICE** - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☐ **OVERNIGHT COURIER** - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via ____.

- ☒ **ELECTRONIC FILING** - by electronic transmission via the internet for uploading onto the District Court website/docket.

| | |
|---|---|
| Pierce Gore, Esq.<br>**GORE LAW FIRM**<br>900 East Hamilton Avenue, Suite 100<br>Campbell, CA 95008<br>Telephone: 408.879.7444<br>Facsimile: 408.346.0757<br>Email: piercegore@gorelawfirm.com | Attorney for Plaintiffs<br>**VICTOR GAMALY** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 9, 2008, at San Francisco, California.

_____
Rhonda D. Gillis

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

1.

PROOF OF SERVICE

SF/1465229v1