SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEPHANIE SHERIDAN (Bar No. 135910)
ALISON WILLIAMS (Bar No. 251689)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: *stephanie.sheridan@sdma.com*

Attorneys for Defendant
TUMI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR GAMALY, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TUMI, INC.; DOES 1 through 10,<br><br>Defendant. | CASE NO. C 07-04758 JF<br><br>**NOTICE OF ENTRY OF ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 21, 2008, the Honorable Jeremy Fogel entered the attached Order for Dismissal in the above-referenced action in the above-entitled court.

Dated: August 22, 2008.                         SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                                By: _____
                                                    Stephanie Sheridan
                                                    Attorneys for Defendant
                                                    TUMI, INC.

1 SEDGWICK, DETERT, MORAN & ARNOLD LLP
  STEPHANIE SHERIDAN  (Bar No. 135910)
2 ALISON WILLIAMS     (Bar No. 251689)
  One Market Plaza, Steuart Tower, 8th Floor
3 San Francisco, California 94105
  Telephone: (415) 781-7900
4 Facsimile: (415) 781-2635
  Email: *stephanie.sheridan@sdma.com*
5
  Attorneys for Defendant
6 TUMI, INC.

7

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                         SAN JOSE DIVISION
11

12 | VICTOR GAMALY, individually and on behalf of herself and all others similarly situated, | CASE NO. C 07-04758 JF |
13 | | [PROPOSED] ORDER FOR DISMISSAL |
14 | Plaintiff, | |
15 | v. | |
16 | TUMI, INC.; DOES 1 through 10, | |
17 | Defendant. | |

18

19    The parties to this action submitted to the court a Stipulation for Dismissal with Prejudice
20 on July 9, 2008, a copy of which is attached.
21    The Court Orders that this matter is hereby dismissed, with each party to bear its own
22 attorneys fees and cost.
23 IT IS SO ORDERED.
24 Dated: August 21, 2008

                                              _____
25                                             Honorable Jeremy Fogel
                                               UNITED STATES DISTRICT COURT
26                                             NORTHERN DISTRICT OF CALIFORNIA
27
28

Case 5:07-cv-04758-JF   Document 26   Filed 08/25/2008   Page 3 of 6
Case 5:07-cv-04758-JF   Document 25   Filed 08/21/2008   Page 2 of 4
Case 5:07-cv-04758-JF   Document 22   Filed 07/09/2008   Page 1 of 2

1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP
  | STEPHANIE SHERIDAN (Bar No. 135910)
2 | ALISON WILLIAMS (Bar No. 251689)
  | One Market Plaza, Steuart Tower, 8th Floor
3 | San Francisco, California 94105
  | Telephone: (415) 781-7900
4 | Facsimile: (415) 781-2635
  | Email: stephanie.sheridan@sdma.com
5 |        alison.williams@sdma.com

6 | Attorneys for Defendant
  | TUMI, INC.
7 |

8 | Pierce Gore (State Bar No. 128515)
  | GORE LAW FIRM
9 | 900 East Hamilton Avenue, Suite 100
10| Campbell, CA 95008
  | Telephone: (408) 879-7444
11| Facsimile: (408) 376-0757
  | Email: *piercegore@gorelawfirm.com*
12|

13| Attorney for Plaintiff
  | VICTOR GAMALY

14|

15|                    UNITED STATES DISTRICT COURT
16|                    NORTHERN DISTRICT OF CALIFORNIA
17|                            SAN JOSE DIVISION
18|

19| VICTOR GAMALY, individually and on        CASE NO. C 07-04758 JF
  | behalf of himself and all others similarly
20| situated,                                 **STIPULATION FOR DISMISSAL WITH PREJUDICE**
21|         Plaintiff,
  |                                           Judge:   Honorable Jeremy Fogel
22|     v.
23| TUMI, INC.; DOES 1 through 10,
24|         Defendant.
25|
26| ///
27| ///
28| ///

SF/1515281v1

1.                                          CASE NO. C 07-04758 JF
STIPULATION FOR DISMISSAL WITH PREJUDICE

Case 5:07-cv-04758-JF   Document 26   Filed 08/25/2008   Page 4 of 6
Case 5:07-cv-04758-JF   Document 25   Filed 08/21/2008   Page 3 of 4
Case 5:07-cv-04758-JF   Document 22   Filed 07/09/2008   Page 2 of 2

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each party is to bear its own attorneys' fees and costs.

DATED: July 5, 2008          GORE LAW FIRM

                             By: Pierce Gore
                             Pierce Gore
                             Attorney for Plaintiff
                             VICTOR GAMALY

DATED: July 8, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP

                             By: Stephanie Sheridan
                             Stephanie Sheridan
                             Attorneys for Defendant
                             TUMI, INC.

Case 5:07-cv-04758-JF   Document 26   Filed 08/25/2008   Page 5 of 6
Case 5:07-cv-04758-JF   Document 25   Filed 08/21/2008   Page 4 of 4
Case 5:07-cv-04758-JF   Document 23   Filed 07/09/2008   Page 1 of 1

Victor Gamaly v. Tumi, Inc.
U.S.D.C., Northern District of California, Case No. C07-04758 JF

### PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On July 9, 2008, I served the within document(s):

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

☐ **FACSIMILE** - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☐ **MAIL** - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ **PERSONAL SERVICE** - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **OVERNIGHT COURIER** - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via ____.

☒ **ELECTRONIC FILING** - by electronic transmission via the internet for uploading onto the District Court website/docket.

Pierce Gore, Esq.                           Attorney for Plaintiffs
**GORE LAW FIRM**                           **VICTOR GAMALY**
900 East Hamilton Avenue, Suite 100
Campbell, CA 95008
Telephone: 408.879.7444
Facsimile: 408.346.0757
Email:   piercegore@gorelawfirm.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 9, 2008, at San Francisco, California.

Rhonda D. Gillis

SEDGWICK
DETERT, MORAN & ARNOLD LLP

1.
PROOF OF SERVICE
SF/1465229v1

<u>Victor Gamaly v. Tumi, Inc.</u>
U.S.D.C., Northern District of California, Case No. C07-04758 JF

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On August 25, 2008, I served the within document(s):

### NOTICE OF ENTRY OF ORDER

☐ **FACSIMILE** - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☐ **MAIL** - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ **PERSONAL SERVICE** - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **OVERNIGHT COURIER** - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via ____.

☒ **ELECTRONIC FILING** - by electronic transmission via the internet for uploading onto the District Court website/docket.

Pierce Gore, Esq.                                  Attorney for Plaintiffs
**GORE LAW FIRM**                                  **VICTOR GAMALY**
900 East Hamilton Avenue, Suite 100
Campbell, CA 95008
Telephone: 408.879.7444
Facsimile: 408.346.0757
Email:    piercegore@gorelawfirm.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 25, 2008, at San Francisco, California.

                                              _____
                                              Rhonda D. Gillis

1.
PROOF OF SERVICE

SF/1465229v1